---------- Forwarded message ----------
From: "**CCSO HR (Sheriff)**" <CCSO.HR@cookcountyil.gov>
Date: Wed, Mar 1, 2017 at 11:55 AM -0600
Subject: RE: HR Letter and HIPAA Forms
To: "John Nawara (Sheriff)" <John.Nawara@cookcountyil.gov>

My apologies. The attachment is included here.

---

**From:** John Nawara (Sheriff)
**Sent:** Tuesday, February 28, 2017 1:47 PM
**To:** CCSO HR (Sheriff)
**Subject:** Re: HR Letter and HIPAA Forms

There is no attachment.

Get Outlook for iOS

On Tue, Feb 28, 2017 at 1:29 PM -0600, "CCSO HR (Sheriff)" <CCSO.HR@cookcountyil.gov> wrote:

Officer Nawara,
Please see the attached letter and HIPAA forms that must be completed. This attachment has also been sent to you via regular and certified mail.

Thank you,

Rebecca Reierson
Cook County Sheriff's Office
Bureau of Human Resources
Employee Services
3026 S. California Avenue, Building 2
Chicago, IL 60608
P (773) 674-8534

F (773) 674-8168
rebecca.reierson@cookcountyil.gov

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney-client and/or work product privileges. If you are not the intended recipient of this message or if this message has been addressed to you in error, please alert the sender immediately by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Thank you.

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
3026 South California Avenue, Chicago, IL 60608
**THOMAS J. DART**
SHERIFF

February 28, 2017

C/O John Nawara
100 Willow Lane
Unit B207
Willow Springs, Illinois
60480

Re: Fitness for Duty / via: Email, First Class & Certified Mail

Dear C/O John Nawara:

On November 18, 2016 you were informed by the Occupational Health Nurse for the Sheriff's Office, Winifred Shelby, that you were required to undergo a Fitness for Duty (FFD) evaluation before returning to active duty. You were referred for a fitness for duty based on an interaction you had with Superintendent Jones-Hayes in which you were alleged to have acted in an overly aggressive and threatening manner. During the meeting on November 18, 2016, you were given an Authorization to Release Healthcare Information and a HIPAA Authorization for Disclosure of Protected Health Information form which you took in order to review prior to signing. To date, you have not returned these forms to Ms. Shelby. Nurse Shelby also called you and left a voicemail message for you on November 30, 2016 . You never responded to her message. In addition, I sent you a letter on November 30, 2016 informing you that the time you have been off of work since November 18, 2016 is only authorized if you are participating in the FFD process. To date, I have not heard back from you.

The signed waiver documents given to you on November 18, 2016 must be returned to Ms. Shelby by Wednesday, March 8, 2017 so the FFD evaluation process can proceed. This is the last notification you will receive. If the forms are not received by March 8, 2017, your time off work (November 18, 2016-present) will be deemed unauthorized. Further, you are not able to return to work until you have completed the FFD process.

I have enclosed another copy of the forms for your convenience. They should be returned to Ms. Shelby at 3026 S. California Ave., Building 2, Chicago, IL 60608. Please contact her at 773-674-8535 if you have further questions regarding the FFD process.

Sincerely,

Rebecca Reierson
Bureau of Human Resources, Employee Services

Cc: Winifred Shelby

*I certify that no Political Reasons or Factors were considered in any decision I made or action I took related to this Employment Action. Further, I do not know of, or have any reason to believe that anyone else considered or took action based on Political Reasons or Factors with respect to this Employment Action.*

**HIPAA AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION**

I, ____________________________, authorize the Independent medical exam or fitness for duty exam physician to disclose protected health information ("PHI") about me as described below in this Authorization:

1. With this authorization, I allow all medical records and information to be released and reviewed that relates to my fitness for duty exam.
2. Any health care provider or facility who treats/treated me for my medical condition or medical illness ("Identified Health Care Providers") may disclose the above-described information to a Disability Management Case Manager, for Cook County, employed by CorVel Corporation.
3. This disclosure is made for the purposes of your fitness for duty examination as requested by your employer, Cook County.
4. I understand that the Identified Health Care Providers are not conditioning my treatment, payment, enrollment, or eligibility for benefits on whether I agree to sign this authorization.
5. I understand that the information disclosed pursuant to this authorization may no longer be protected by the federal health privacy rule (otherwise known as HIPAA) and may be subject to re-disclosure by the recipient.
6. I understand that I have the right to revoke this authorization in writing at any time by sending a letter to the Privacy Officer of the Identified Health Care Providers for my medical condition or medical illness as described above, and that the effective date of my revocation will be the date the Privacy Officer receives it. I further understand that any revocation will be effective only to the extent that Identified Health Care Providers has not already taken action in reliance on this authorization.
7. This authorization allows for the release of medical records produced as the result of treatment provided prior to the date of expiration of this authorization.
8. This Authorization shall expire one year from the date of my signature to this authorization, below.

| | |
|---|---|
| ______________________________ | ____________________ |
| Printed Name (of person giving authorization) | Social Security Number |
| ______________________________ | ____________________ |
| Signature of person giving authorization | Date |

Signed ______________________________

***(If applicable, Power of Attorney, Guardian or Conservator. Attach copy of document granting authority.)***

This document contains confidential information of a claimant and may not be disclosed or duplicated without the prior written consent of CorVel.

Cook County SHERIFF

# AUTHORIZATION TO RELEASE HEALTHCARE INFORMATION

Patient's Name: ______________________ Date of Birth: ______________________

Previous Name: ______________________ Social Security #: ______________________

I request and authorize ______________________________________________ to release healthcare information of the patient named above to:

Name: ______________

Address: ______________

City: ______________

Cook County Sheriff's Office
Winifred Shelby, RN, CCM, South Campus Bldg. 2
3026 South California Avenue
Chicago, IL 60608

This request and authorization applies to:

☐ Healthcare information relating to the following treatment, condition, or dates: ______________

______________________________________________

X All healthcare information

☐ Other: ______________________________________________

**Definition:** Sexually Transmitted Disease (STD) as defined by law, RCW 70.24 et seq., includes herpes, herpes simplex, human papilloma virus, wart, genital wart, condyloma, Chlamydia, non-specific urethritis, syphilis, VDRL, chancroid, lymphogranuloma venereuem, HIV (Human Immunodeficiency Virus), AIDS (Acquired Immunodeficiency Syndrome), and gonorrhea.

☐ Yes ☐ No I authorize the release of my STD results, HIV/AIDS testing, whether negative or positive, to the person(s) listed above. I understand that the person(s) listed above will be notified that I must give specific written permission before disclosure of these test results to anyone.

☐ Yes ☐ No I authorize the release of any records regarding drug, alcohol, or mental health treatment to the person(s) listed above.

Patient Signature: ______________________ Date Signed: ______________

THIS AUTHORIZATION EXPIRES NINETY DAYS AFTER IT IS SIGNED.