## Dana Kurtz

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Wednesday, March 08, 2017 2:23 PM |
| **To:** | 'Rebecca.Reierson@cookcountyil.gov'; 'Winifred.Shelby@cookcountyil.gov' |
| **Cc:** | 'Peter Kramer (Sheriff)' |
| **Subject:** | RE: John Nawara |
| **Attachments:** | CO NAWARA 2 28 17 LETTER.PDF; FW: John Nawara; John Nawara |

I have received the attached correspondence from my client, Officer Nawara, from Ms. Reierson.

First, it is inaccurate to say that Officer Nawara did not respond to the letter or the voicemail. In fact, I contacted you on Officer Nawara's behalf and at his request on December 21, 2016 (email attached) and January 31, 2017 (email string attached).

Second, I never received a response to my emails.

Third, as indicated in my December 21, 2016 email, the order to Officer Nawara to sign the HIPPA release for his medical records is unlawful and violates the ADA. Case law is clear that the medical inquiries provision of the ADA protects all employees, even if they are not disabled. *See Wright v. Ill. Dep't of Children & Family Servs.*, 798 F.3d 513 (7th Cir. 2015). If the order is not rescinded and Officer Nawara put back to work this week, we will have to file suit an seek injunctive release as well as all other remedies, including reinstated the time he has been forced to burn as a result of this unlawful order and unlawful suspension.

I look forward to hearing from you this week.

Sincerely,

*Dana*

Dana L. Kurtz, Esq.

KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us

RATED BY Super Lawyers

*Selected by Super Lawyers from 2013 – 2017*

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

---

**From:** Dana Kurtz
**Sent:** Tuesday, January 31, 2017 4:26 PM
**To:** 'Rebecca.Reierson@cookcountyil.gov'; 'Winifred.Shelby@cookcountyil.gov'
**Cc:** Peter Kramer (Sheriff)
**Subject:** FW: John Nawara
**Importance:** High

Peter, I had the wrong email for you. See below.

*Dana*

Dana L. Kurtz, Esq.

KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us

RATED BY Super Lawyers

*Selected by Super Lawyers from 2013 – 2016*

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

---

**From:** Dana Kurtz
**Sent:** Tuesday, January 31, 2017 4:23 PM
**To:** 'Rebecca.Reierson@cookcountyil.gov'; 'Winifred.Shelby@cookcountyil.gov'
**Cc:** 'Peter.Kramer@cookcounty.gov'
**Subject:** FW: John Nawara
**Importance:** High

We received no response to my email below. If Officer Nawara is not reinstated immediately, before the end of this week, with his time and all benefits and salary reinstated as well, then we will file suit next week and request reimbursement of his time, salary, and attorneys' fees.

Please let me know how you would like to proceed. There is no legal basis to force him to release his personal medical records or to place him on leave without pay. This is clear retaliation for his complaints against Superintendent Jones-Hayes for her harassment of him.

I look forward to hearing from you.

Sincerely,

*Dana*

Dana L. Kurtz, Esq.

KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us

RATED BY Super Lawyers

*Selected by Super Lawyers from 2013 – 2016*

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

---

**From:** Dana Kurtz
**Sent:** Wednesday, December 21, 2016 2:49 PM
**To:** Rebecca.Reierson@cookcountyil.gov; Winifred.Shelby@cookcountyil.gov
**Cc:** Peter.Kramer@cookcounty.gov
**Subject:** John Nawara
**Importance:** High

Ms. Reierson and Ms. Shelby,

I have been retained by John Nawara to represent him with respect to potential claims he has against the Sheriff's Office and other possible individual defendants.

I understand that you placed him on leave and ordered that he cannot return to work until he completes the attached HIPAA authorization form. On what legal basis or policy provision do you and the Sheriff's office have to order him to complete this form for his personal medical records? Officer Nawara (and I) believe that such an order is unlawful.

Officer Nawara has not been given any notification of any complaint or allegations against him. You also refused to provide him with any information other than he was being ordered to sign the HIPAA release form.

Further, Officer Nawara did file a harassment complaint against Superintendent Jones-Hayes as a result of an incident in which she put her hands on him and acted in a threatening and offensive manner.

As a result of the above actions taken against Officer Nawara and the unlawful order that he cannot return to work, he has been forced to use his vacation time. He has also lost out on advancement and training opportunities. We are requesting that he be immediately reinstatement and allowed to return to work, as well as his vacation and time that he has had to use be reinstated. We are also requesting that the Sheriff immediately send a notification to Superintendent Jones-Hayes to have no further contact with Officer Nawara and to cease and desist from the harassment against him.

I look forward to hearing from you before the close of business Friday, December 24, 2016.

Sincerely,

*Dana*

Dana L. Kurtz, Esq.

KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us

RATED BY Super Lawyers
*Selected by Super Lawyers from 2013 – 2016*

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*