# EXHIBIT 7