**Dana Kurtz**

**From:** John Nawara (Sheriff) <John.Nawara@cookcountyil.gov>
**Sent:** Saturday, March 18, 2017 12:22 PM
**To:** Rebecca Reierson (Sheriff)
**Cc:** Dana Kurtz
**Subject:** Re: John Nawara

Hello Ms. Reierson,

Please provide the general order or policy that requires me to sign a HIPPA release for my medical records. Thank you.

John A. Nawara

Get Outlook for iOS

---

**From:** Rebecca Reierson (Sheriff)
**Sent:** Saturday, March 18, 2017 11:52:36 AM
**To:** Dana Kurtz; John Nawara (Sheriff)
**Cc:** Peter Kramer (Sheriff)
**Subject:** Re: John Nawara

Officer Nawara,
Thank you for your email; however, the document attached is insufficient to allow your return to work. Please return the signed release documents as previously instructed so we can begin the proper fitness for duty procedure.

Thank you,

Rebecca Reierson
Cook County Sheriff's Office
Bureau of Human Resources
3026 S. California Avenue, Building 2
Chicago, IL 60608

P 773-674-8534
F 773-674-8168
rebecca.reierson@cookcountyil.gov

---

**From:** John Nawara (Sheriff)
**Sent:** Friday, March 17, 2017 11:57:09 PM
**To:** Rebecca Reierson (Sheriff); Dana Kurtz
**Cc:** Peter Kramer (Sheriff)
**Subject:** Re: John Nawara

Dear Ms. Reierson,

See attached report from Dr. Kroll, who is an independent doctor and not my doctor. I am requesting to be put back to work effective immediately and all of the time I have had to burn be reinstated. I feel the order for me to sign a blank HIPPA release was unlawful and violates the American with Disabilities Act and is in retaliation for my prior suit against the Sheriff's Office, in which the jury found that the Sheriff violated my and other officer's First Amendment rights, and retaliated against us because of our political support for the opponent to Sheriff Dart, and because of my complaints of harassment by the supervisor. Please confirm that I can come back to work and that all of my time will be reinstated, and that I will not be subject to any further harassment or retaliation.

I look forward to hearing from you today, so that I can return to work on Monday.

Sincerely,
John A. Nawara

---

**From:** Rebecca Reierson (Sheriff)
**Sent:** Friday, March 17, 2017 4:42 PM
**To:** Dana Kurtz
**Cc:** Peter Kramer (Sheriff); John Nawara (Sheriff)
**Subject:** RE: John Nawara

Ms. Kurtz,
We have contacted our employee, Mr. Nawara, on several occasions about this issue as you are aware. A note from Mr. Nawara's own physician will not be adequate. He was previously informed that the fitness for duty evaluation will be completed by an independent physician, as is the case with all of our fitness for duty examinations. Based on Mr. Nawara's behavior in the workplace, we believe there is a clear business necessity, and we believe our HIPAA release meets legal requirements. It is not unlimited in time, as you suggest.

I indicated in my previous letter that it was necessary for us to receive Mr. Nawara's signed medical release paperwork by March 20, 2017 in order to proceed with the fitness for duty process. This will be extended until Wednesday, March 22, 2017. If the signed paperwork is not received by that date, Mr. Nawara's absences from November 2016 will be re-coded as unauthorized.

Rebecca Reierson
Cook County Sheriff's Office
Bureau of Human Resources
3026 S. California Avenue, Building 2
Chicago, IL 60608
P (773) 674-8534
F (773) 674-8168
rebecca.reierson@cookcountyil.gov