UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| JOHN NAWARA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-cv-2393 |
| ) | |
| COUNTY OF COOK, a unit of local Government, ) | Hon. Rebecca R. Pallmeyer |
| THOMAS DART, in his official capacity as ) | |
| Sheriff of Cook County, Illinois, KAREN JONES- ) | |
| HAYES, MATTHEW BURKE, REBECCA ) | |
| REIERSON, and WINIFRED SHELBY, in their ) | |
| individual capacities, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF FIFTEEN PAGES IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY COUNSEL FOR NAWARA**

Defendants THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois, KAREN JONES-HAYES, MATTHEW BURKE, REBECCA REIERSON, and WINIFRED SHELBY, ("Defendants") by and through their attorneys, Scharf Banks Marmor LLC move this Honorable Court for leave to file a Memorandum in excess of fifteen pages in support of Defendants' Motion to Disqualify Counsel for Nawara, and in support of this Motion, Defendants state as follows:

1. Pursuant to Local Rule 7.1, Defendants' Memorandum in Support of their Motion to Disqualify Counsel for Nawara ("Memorandum") is not to exceed fifteen (15) pages, unless leave of court is granted to file a longer brief.

2. Counsel for Defendants tried to meet the Court's 15-page limit in their Memorandum, but given the high standards for a motion to disqualify counsel, and the facts necessary to adequately address the issues raised before the Court, counsel for Defendants have been unable to shorten their memorandum to the prescribed maximum limit of fifteen (15) pages.

3. Defendants' Memorandum totals seventeen (17) pages, or two (2) pages over the Court's allotted fifteen- page limit.

4. Granting Defendants leave to file a 17-page memorandum will not prejudice Plaintiff.

5. A copy of the Memorandum in Support of Defendants' Motion to Disqualify Counsel for Nawara is attached hereto as Exhibit A.

WHEREFORE Defendants respectfully request that this Honorable Court grant them leave to file their 17-page Memorandum in Support of Defendants' Motion to Disqualify Counsel for Nawara.

    Respectfully submitted,

    THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois, KAREN JONES-HAYES, MATTHEW BURKE, REBECCA REIERSON, and WINIFRED SHELBY,

    /s/ Sarah R. Marmor
    Stephanie A. Scharf
    Sarah R. Marmor
    Lynn Moffa
    Morgan G. Churma
    SCHARF BANKS MARMOR LLC
    333 West Wacker Drive, Suite 450
    Chicago, IL 60606
    Ph. 312-726-6000
    sscharf@scharfbanks.com
    smarmor@scharfbanks.com
    lmoffa@scharfbanks.com
    mchurma@scharfbanks.com

## CERTIFICATE OF SERVICE

I certify that on July 6, 2018, I caused to be filed the foregoing Defendants' Motion for Leave to File a Memorandum in Excess of Fifteen Pages in Support of Their Defendants' Motion to Disqualify Counsel for Nawara using the Court's CM/ECF system, which will send e-mail notification of the filing to all counsel of record. These documents are available for viewing and downloading via the CM/ECF system.

/s/ Sarah R. Marmor

*Service List*

Dana L. Kurtz
Heidi Karr Sleper
Jacob Exline
KURTZ LAW OFFICES, LTD.
32 Blaine
Hinsdale, IL 60521
dkurtz@kurtzlaw.us
hsleper@kurtzlaw.us
jexline@kurtzlaw.us
*Attorneys for John Nawara*

Nile N. Miller
Kathleen Cunniff Ori
Jay Rahman
COOK COUNTY STATE'S ATTORNEY'S OFFICE
500 Richard J. Daley Center
Chicago, IL 60602
nile.miller@cookcountyil.gov
kathleen.ori@cookcountyil.gov
jay.rahman@cookcountyil.gov
*Attorneys for County of Cook*