TO: Inspector General
FR: Karyn L. Williams, OIG # IIG17-0000472

Attached, you will find detailed information related to the complaint that was recently submitted via online process.

My complaint is based on the following items:

- Hostile Work Environment
- Attempt to Intimidate Employees
- Failure to Follow Policies & Procedures
- Political Discrimination as it relates to Position Eliminations (Layoffs)

Thank you,

*Karyn L. Williams*
Karyn L. Williams

12/26/17

Karyn Williams
KARYNKLW@AOL.COM
OIG # IIG17-0000472

## Karyn Williams (Sheriff)

**From:** Karyn Williams (Sheriff)
**Sent:** Tuesday, December 19, 2017 2:38 PM
**To:** Joellen Bailey (Sheriff); Thomas Dart (Sheriff)
**Subject:** Thank you for your time

Joellen,
I truly appreciate the opportunity to present my concerns. As previously stated in the meeting, I accepted this employment opportunity to enhance the workplace and as a taxpayer to attempt to contribute to improving the Human Resources Department on behalf of Sheriff Dart.

I have included my talking points for you and Sheriff Dart.

Respectfully,
Karyn L. Williams
Executive Director, Human Resources

Meeting with Joellen Bailey, Jennifer Black, Karyn L. Williams
12/19/17 at 11am

Concerns presented during this meeting.

POSITION ELIMINATION
- I am concerned that the Sheriff's Office may have violated State and Federal law during the process of eliminating positions.
- Department Leaders have expressed concerns that they were not involved in a staffing analysis.
- The Human Resources Department was not involved in the process. What factors did the decision makers consider to identify staff for the recent layoffs to prevent adverse impact and discriminatory and retaliatory decisions in the layoffs?
- Employees throughout the organization have expressed concerns that SEAM Article S-Layoff had been revised. The SEAM Article S-Layoff that was published in October 2017 is tremendously different from the SEAM Article S-Layoff published in year 2014. I am concerned that the HR Department had not been informed of the changes yet were required to assist in the Layoff process. It is instructive to note that the entire SEAM Article series has since been removed from the website. Viewers are now directed to contact the Compliance Officer. I am concerned that this violates due process. I believe the merit rank employees have a due process right in their employment and the unilateral change in this policy removing language that they would be demoted back to their last merit rank violates due process.

Joellen, you may recall I requested Jennifer Black leave this room for me to express additional concerns to you.

HOSTILE WORK ENVIRONMENT
- I believe that appointing Jennifer Black to oversee the Human Resources (HR) department is considered a retaliatory action directed toward me and HR Leaders. Helen Burke is seeking a way to influence HR's practices, processes and work performance. In this meeting I had expressed my concerns that the Layoff process and the exclusion of HR was improper as I believe it violates State and Federal law. Throughout my employment, I have also expressed concerns to Helen that her involvement in hiring and promotions and her efforts to create positions that are not in the County budget are not in compliance with Shakman and budgetary requirements.
- Jennifer Black, Kathryn Simon, Katherine Christy, and Helen Burke have created a hostile work environment as witnessed by HR Leaders. The hostile and intimidating behavior, also known as a bullying tactic, were displayed in a series of committee meetings held throughout the summer of 2017. Unfortunately, I was not

1

their employment and the unilateral change in this policy removing language that they would be demoted back to their last merit rank violates due process.

Joellen, you may recall I requested Jennifer Black leave this room for me to express additional concerns to you.

HOSTILE WORK ENVIRONMENT
- I believe that appointing Jennifer Black to oversee the Human Resources (HR) department is considered a retaliatory action directed toward me and HR Leaders. Helen Burke is seeking a way to influence HR's practices, processes and work performance. In this meeting I had expressed my concerns that the Layoff process and the exclusion of HR was improper as I believe it violates State and Federal law. Throughout my employment, I have also expressed concerns to Helen that her involvement in hiring and promotions and her efforts to create positions that are not in the County budget are not in compliance with Shakman and budgetary requirements.
- Jennifer Black, Kathryn Simon, Katherine Christy, and Helen Burke have created a hostile work environment as witnessed by HR Leaders. The hostile and intimidating behavior, also known as a bullying tactic, were displayed in a series of committee meetings held throughout the summer of 2017. Unfortunately, I was not present. However, the harassment was observed by another HR Leader who contacted me to express the concern.
- Helen Burke has encouraged the hostile and offensive work environment. I believe Helen has been instrumental in recommending Jennifer Black oversee HR to support Helen's plan to interfere with HR's work processes that we perform to support the Sheriff's Office. It appears that Helen has a significant amount of power within the Sheriff's Office. Recently I had to intervene in Helen's attempt to bully Rebecca Reierson. Helen sent an email presenting inaccurate information related to Rebecca's work performance. The tone of the email was inappropriate and hostile. Further, Helen copied the Sheriff's Leadership Team for all to view to further intimidate Rebecca. I had to intervene by informing Helen along with Leaders copied on the email, that I had investigated the matter and learned that the allegations against Rebecca were incorrect. I believe I am a target of Helen Burke because throughout my employment I have communicated my concerns regarding her bullying tactics. Further, I have been adamant by informing Helen that I will not allow her to bully me or my team. As a result, Jennifer Black has been placed in this role to oversee HR to support Helen's desire to influence the practices within the Sheriff's Office. Sheriff Dart's desire was to hire a seasoned HR Leader from outside the organization to create a strategic department to support his initiatives. Throughout the months, Helen has become frustrated with me because she is not able to influence practices which HR performs to support the Sheriff's Office. It is imperative that HR is consistent in implementing practices and policies. My role is to minimize employment risk on behalf of the Office.
- In Fall 2016, Helen contacted me via phone in an attempt to intimidate me. My response to Helen was, " I am not scared of anyone".
- *I request that the Human Resources Department not be required to report to Jennifer Black, Kathryn Simon, Katherine Christy, or Helen Burke, due to our concern of retaliation.*

2