# EXHIBIT 2

**From:** "Rebecca Reierson (Sheriff)" <MAILER-DAEMON>
**To:** Karyn Williams (Sheriff)
**Subject:** FFD SPREADSHEET.xlsx
**Date:** 2016-11-10 11:00:24 -0500
**Attachments:** FFD_SPREADSHEET.xlsx

---

Hi Karyn,
The fitness for duty log is attached.  It seems as though DOC is trying to use the FFD process in lieu of supervising/disciplining employees.  Can we talk about this when you are free? Thanks, Beka

EXHIBIT
2

| REFERRAL DATE/DATE OF MEETING | LAST | FIRST | ISSUE | REASON | APPROVED | DATE RTW | COMMENTS | STATUS |
|---|---|---|---|---|---|---|---|---|
| 9/29/2016 | NAWARA | JOHN | EVAL | WORK BEHAVIOR | NO FFD | | Complainant would not provide more detailed information. Not enough in write up to justify FFD. Received call from Complainant- hope to get addl info to re-evaluate | CLOSED |