# EXHIBIT 3

**From:** "Karyn Williams (Sheriff)" <karyn.williams@cookcountyil.gov>
**To:** "Rebecca Reierson (Sheriff)" <Rebecca.Reierson@cookcountyil.gov>
**Subject:** Fitness for Duty documents
**Date:** 2017-04-19 20:00:19 -0400

---

Rebecca, when we have a moment let's discuss the changes within the FFD PROCESS. For example, we should no longer request employee sign off to allow the sheriff access to their medical records. Let's have corvel handle that process. We can talk further. Thanks

Sent from my Verizon 4G LTE smartphone

**EXHIBIT 3**