IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN NAWARA, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF COOK, a unit of local Government; THOMAS DART, in his individual and official capacity as Sheriff of Cook County, Illinois, KAREN JONES-HAYES, MATTHEW BURKE, REBECCA REIERSON and WINIFRED SHELBY in their individual capacities, <br><br> Defendants. | Case No. 1:17-cv-02393 <br><br> Judge Rebecca R. Pallmeyer |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE *INSTANTER* MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY ON PLAINTIFF'S ADA CLAIMS**

Plaintiff, John Nawara ("Nawara"), requests that this Honorable Court grant him leave to file his attached proposed Motion for Partial Summary Judgment as to liability on Plaintiff's claims under the Americans with Disabilities Act ("ADA"), and states:

1. At the last court date on October 9, 2019, the Court indicated that the time for filing motions for summary judgment had passed and that the Plaintiff would be required to obtain leave of court if he wished to file a motion for summary judgment.

2. On June 25, 2019, the Court entered a scheduling order (Doc. 196). The Court extended the fact discovery cutoff to November 15, 2019, and the date for dispositive motions to February 18, 2020 (Doc. 196).

3. Plaintiff's attached proposed Motion for Partial Summary Judgment seeks summary judgment as to liability on Count I of Plaintiff's Second Amended Complaint (ADA claims) (Doc. 89).

1

4. A copy of the proposed Motion for Partial Summary Judgment and Local Rule 56.1(a)(3) Statement with Exhibits are attached hereto as Exhibits 1, 2 and 3.

5. Plaintiff believes that the motion will streamline the case and shorten the trial scheduled for February 24, 2020 (Doc. 219). Nawara submits that there is no genuine issue of material fact that the release forms for all of Nawara's medical records in connection with a fitness for duty examination violates the ADA.

6. The trial will not be delayed by granting Plaintiff leave to file his Motion for Partial Summary Judgment. Plaintiff anticipates completing fact discovery by November 15, 2019. The motion should not result in postponement of the February 24, 2020 jury trial.

**WHEREFORE,** Plaintiff, John Nawara, requests that the Court grant him leave to file his attached Motion for Partial Summary Judgment and grant him any other relief the Court deems appropriate.

**JOHN NAWARA**

*s/ Richard F. Linden*
One of Plaintiff's attorneys

Richard F. Linden
312/590-0211
lindenlaw@gmail.com

Peter V. Bustamante
312/346-2072
pvbust@bustamantelaw.com

Linden & Bustamante
17 North State Street, Suite 1550
Chicago, Illinois 60602