# EXHIBIT 1
# FILED UNDER SEAL