UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| JOHN NAWARA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 17-cv-2393 |
| | ) | |
| COUNTY OF COOK, a unit of local Government, THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois, KAREN JONES-HAYES, MATTHEW BURKE, REBECCA REIERSON, and WINIFRED SHELBY, in their individual capacities, | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO TAKE TREATER DEPOSITION SHORTLY BEYOND FACT DISCOVERY CUT OFF DATE**

Defendants Thomas Dart, Matthew Burke, Rebecca Reierson, and Winifred Shelby ("Defendants") move this Court for leave to take the deposition of Dr. Robin Kroll beyond November 15, 2019, the fact discovery cut off date. Plaintiff John Nawara ("Plaintiff") refuses to agree to accommodate the parties and the witness, who is a treating physician beyond Defendants' control, to allow her deposition to take place shortly beyond the close of fact discovery. Accordingly, Defendants are compelled to file this Motion.

In support of their Motion, Defendants state as follows:

1. Dr. Robin Kroll conducted a fitness for duty evaluation of Plaintiff John Nawara at his request on March 8, 2017, and is named as a witness in both Defendants' and Plaintiff's Rule 26 disclosures in this case.

2. On October 8, 2018, Defendants issued a subpoena for Dr. Kroll's deposition, to take place on October 22, 2019. (Ex. 1, Oct. 8, 2019 Subpoena to Dr. Kroll; Ex. 2, Oct. 8, 2019 notice email.)

3. Dr. Kroll did not respond to the notice of deposition until October 22, 2019. (Ex. 3, Oct. 22, 2019 Kroll email.) Thereafter, Defendants' counsel tried to work with Dr. Kroll to find available dates for her deposition.

4. On October 28, 2019, Defense counsel emailed all counsel of record with three available dates before November 15, 2019 that had been provided by Dr. Kroll: November 8th, 11th, or 15th. (Ex. 4, Oct. 28, 2019 emails.)

5. Plaintiff's counsel said they were available on only one of those dates – November 11, 2019. *Id.* November 11th is Veteran's Day. The State's Attorney's Office is closed for the holiday, therefore counsel for Defendants Cook County and Karen Jones-Hayes are not available on November 11, 2019, and Plaintiff's counsel says they are unavailable on the other two proposed dates before November 15th.

6. In order to accommodate all parties, Defendants counsel provided two other available dates that Dr. Kroll had proposed, November 20 or 22, 2019. (Ex. 5, Oct. 29, 2019 email.)

7. Plaintiff's Counsel responded: "Fact discovery closes on November 15, 2019." (Ex. 6, Oct. 29, 2019 email from R. Linden.)

8. Defendants' counsel asked Plaintiff's counsel if they would agree to schedule this deposition beyond the fact discovery closing date to accommodate the parties and the witness, who is not under the control of the Defendants. (Ex. 7, Oct. 29, 2019 email from S. Marmor).

9. Plaintiff's counsel refused, identifying no prejudice associated with the request, responding only that: "We cannot agree to violate the Court's June 25th Order." (Ex. 8, Oct. 29, 2019 Linden email.)

10. Because Plaintiff will not agree to this reasonable request, Defendants ask that the Court enter an Order permitting the deposition of Dr. Robin Kroll to take place after November 15, 2019, on a date and time when all parties are available.

Respectfully submitted,

THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois, MATTHEW BURKE, REBECCA REIERSON, and WINIFRED SHELBY,

/s/ Sarah R. Marmor
Sarah R. Marmor
Suzanne Milne Alexander
Morgan G. Churma
SCHARF BANKS MARMOR LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Ph. 312-726-6000
smarmor@scharfbanks.com
salexander@scharfbanks.com
mchurma@scharfbanks.com

## CERTIFICATE OF SERVICE

I certify that on October 29, 2019, I caused to be filed the foregoing Defendants' Motion for Leave to Take Treater Deposition Shortly Beyond the Fact Discovery Cut Off Date using the Court's CM/ECF system, which will send e-mail notification of the filing to all counsel of record. These documents are available for viewing and downloading via the CM/ECF system.

/s/ Sarah R. Marmor

| | |
|---|---|
| Attorneys for Plaintiff JOHN NAWARA | Peter V. Bustamante<br>LAW OFFICE OF PETER V. BUSTAMANTE<br>17 N. State Street Suite 1550<br>Chicago, IL 60602<br>pvbust@bustamantelaw.com<br><br>Richard F. Linden<br>LAW OFFICES OF RICHARD LINDEN<br>17 N. State Street Suite 1550<br>Chicago, IL 60602<br>lindenlaw@gmail.com |
| Attorneys for Defendant COUNTY OF COOK | Kathleen Cunniff Ori<br>James Chandler<br>Jay Rahman<br>Megan Marie Honingford<br>COOK COUNTY STATE'S ATTORNEY'S OFFICE<br>50 W. Washington<br>Fifth Floor<br>Chicago, IL 60602<br>kathleen.ori@cookcountyil.gov<br>james.chandler@cookcountyil.gov<br>jay.rahman@cookcountyil.gov<br>megan.honingford@cookcountyil.gov |
| Attorneys for Defendant KAREN JONES-HAYES | Joi Kamper<br>COOK COUNTY STATE'S ATTORNEY'S OFFICE<br>Richard J. Daley Center<br>50 West Washington St. - Suite 2760<br>Chicago, IL 60602<br>312-603-1427<br>joi.kamper@cookcountyil.gov |