# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

John Nawara

                    Plaintiff,

v.                                           Case No.: 1:17−cv−02393
                                              Honorable Rebecca R. Pallmeyer

County Of Cook, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2019:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held. For the reasons stated on the record, sanctions are awarded against Attorney Dana L. Kurtz in the amount of $54,341.00 and shall be paid within 60 days. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.