**From:** "Peter Kramer (Sheriff)" <Peter.Kramer@cookcountyil.gov>
**To:** "Rebecca Reierson (Sheriff)" <Rebecca.Reierson@cookcountyil.gov>
**Subject:** FW: Fitness-for-Duty John Nawara
**Date:** 2016-11-18 12:05:24 -0500

---

[redacted]

**From:** Nicole Chaney [mailto:nicolecteamsters@gmail.com]
**Sent:** Friday, November 18, 2016 10:45 AM
**To:** Peter Kramer (Sheriff); Mark Robinson; Dennis Andrews
**Subject:** Fitness-for-Duty John Nawara

Peter,

Please be advised we have a serious concern about a Weingarten Violation as well as a retaliatory and unfounded fitness for duty order from Director Reirson & Winifred Shelby. Director Reirson has ordered that Ofc. Nawara is prohibited from entering the CCDOC premises until further notice. They have declined to give him anything in writing. They are demanding medical records that have no relationship with the "alleged incident." They are divesting him of pay without due process - and as you already know and as we have already objected to in the past, there are no written orders on this process. We need to discuss this with you immediately. You can reach me on my cell phone - (586) 945-7101.

Thanks,
Nicole

**Nicole L. Chaney**
**Teamsters Local 700**
1300 West Higgins Road | Suite 301 | Park Ridge, IL 60068
Office Phone: (847) 939-9700 | Office Fax: (847) 518-6495

CAUTION: This e-mail transmission and any attachments hereto contain information from Teamsters Local 700 which is strictly confidential and/or privileged. This information is intended solely for the use of the addresee(s) named. This transmission may be subject to the attorney/client privilege, or be attorney work product. If you are not the designated recipient, or an employee or agent authorized to deliver such transmittals to the designated recipient, you are hereby advised that any disclosure, copying, distribution or use of the contents of this electronic transmission is strictly prohibited. If you have received this transmission in error or are not the intended recipient, we respectfully request that you notify us immediately by replying to sender or by calling us so that we may take the necessary precautions in the future and hereby request that you delete the computer entry and we will arrange for the retrieval of the original documents, if any, at no cost to you.

EXHIBIT
A
exhibitsticker.com