# EXHIBIT BB

# FILED UNDER SEAL
# Dkt. 242