CORVEL

September 8, 2017

Isaac Ray Forensic Group, LLC
65 E. Wacker Place
Chicago, IL 60601

RE: John Nawara
DOB: [redacted]/1975

Dear Dr. Diana Goldstein:

I am the Nurse Case Manager at CorVel Corporation working on behalf of Cook County Sheriff Office. I have scheduled an evaluation for John Nawara. His address and phone number are: 100 Willow Lane, B207, Willow Springs, IL 60480 and 312-331-0060. He is not currently working.

John Nawara has an evaluation scheduled with Jordan Fuller on Monday 09/11/2017 from 9 am to 5 pm and with you on Tuesday 9/12/2017 from 9 am to 5 pm. Available medical records from his provider/s will be sent to you.

Following your comprehensive evaluation of John Nawara, please provide your comments and recommendations to the following questions: Confidential

1. Does Mr. Nawara have a health condition that impairs his ability to perform the essential functions (which require he maintain composure and respond appropriately in a high stress environment, including exhibiting proper behavior toward detainees and his superior officer. Position requires this individual can diffuse disruptive behavior verbally and if escalated, effectively and properly use limited force on problematic and combative inmates) of his position as outlined in his job description? If yes, please describe the current status and diagnosis of the condition/s impairing his ability to work.
2. Does Mr. Nawara pose a safety risk to himself or others if he returns to work full duty? If yes, please explain.
3. Based on his job description, does Mr. Nawara require any accommodations that would permit him to perform the essential functions? If yes, please describe the suggested accommodations and the estimated length of time that these restrictions will be necessary.
4. Will the above-described accommodations eliminate any identified safety hazard? Please explain.
5. Employer has concerns about anger management, including his ability to manage a detainee population without losing his temper. What type of treatment is required for Mr. Nawara to be able to return to the workforce? I.e., medication, therapy, anger management.
6. Do you have any recommendations to prevent another occurrence?
7. To the best of your knowledge, is Mr. Nawara taking any medication that would affect his ability to safely perform his job duties?

EXHIBIT
CC
exhibitsticker.com

CORVEL

8. To the best of your knowledge, would the failure to take prescribed medication affect his ability to safely perform his job duties?
9. If you find Mr. Nawara unable to perform his job duties, when do you anticipate that he will be able to safely perform all of the essential functions of his position?

Please advise me if the cost goes above $5000 and send all billing and reports associated with this evaluation to:

**CorVel Corporation**
**ATTENTION: Disability Department**
**3010 Highland Parkway, Suite 600**
***Downers Grove, IL 60515***

## Or FAX to 866-450-5138

*Thank you in advance, and should you have questions please contact me at 630-874-7433.*

Sincerely,

*Michelle Sarocka, RN*

Confidential

Michelle Sarocka, RN
Disability Nurse Case Manager
CorVel Corporation
T: 630-874-7433 | Fax: 866-450-5138

cc: Cook County Bureau of Human Resources Employee Services