**From:** "Mary McQuillan (Sheriff)" <Mary.Mcquillan@cookcountyil.gov>
**To:** "Karyn Williams (Sheriff)" <Karyn.Williams@cookcountyil.gov>
**CC:** "Nneka Jones Tapia (Sheriff)" <Nneka.Jonestapia@cookcountyil.gov>, "Tarry Williams (Sheriff)" <Tarry.Williams@cookcountyil.gov>, "Matthew Burke (Sheriff)" <Matthew.Burke@cookcountyil.gov>
**Subject:** Fitness for Duty - Ofc. J. Nawara
**Date:** 2016-09-29 16:11:42 -0500
**Attachments:** Fitness_for_Duty_-_Ofc._J._Nawara_Sept._2016.pdf

---

Karyn,

Attached, please find a request for a Fitness for Duty Evaluation for Ofc. John Nawara, JDE#[redacted], Cermak 7-3/7. Please be aware that Ofc. Nawara is being transferred to External Operations, 6-2/7, per Article U SEAM, effective Sunday, 10/02/16.

Thank you,

Mary B. McQuillan
Executive Assistant to the Executive Director
Cook County Department of Corrections
Office (773) 674-4465
Mary.McQuillan@cookcountyil.gov

EXHIBIT
LL

exhibitsticker.com

***COOK COUNTY DEPARTMENT OF CORRECTIONS***
***MEMORANDUM***

| | | |
|---|---|---|
| **TO:** | **Karyn Williams, Executive Director**<br>Bureau of Human Resources | **DATE:** 09/29/16 |
| **FROM:** | Matthew Burke, Chief of Staff | |
| **SUBJECT:** | **Fitness for Duty** | |

Pursuant to the attached documentation, I am requesting that Ofc. John Nawara, JDE#[redacted], Cermak, 7-3 Shift Detail 7, be evaluated for fitness for duty.

C: Nneka Jones Tapia, Executive Director
Tarry Williams, DOC Chief of Operations

I certify, that no political reasons or factors were considered in any decision I made or action I took relating to this employment action. Further, I do not know of, or have any reason to believe that, anyone else considered or took action based on political reasons or factors with respect to this employment action.

**SIGNATURE**

**Dawn Ertler (Sheriff)**

| | |
|---|---|
| **From:** | Karen Jones-Hayes (Sheriff) |
| **Sent:** | Thursday, September 29, 2016 2:59 PM |
| **To:** | Dawn Ertler (Sheriff) |
| **Subject:** | Incident with Officer Nawara, John |

Hi Dawn,

I just wanted to touch on the incident that occurred on yesterday with myself and Officer John Nawara. On a daily basis I walk this unit engaging and talking with detainees and staff alike however, yesterday was an eye opening moment. Officer Nawara exuded such rage in his demeanor as I gave him a job related directive, that I felt it was important I inform all my superiors in the event of any future issues.

***Superintendent Karen Jones-Hayes***
***Cook County Department of Corrections- Cermak***
***2650 South California Ave. Chicago, Illinois 60608***
***Office: 773-674-3813***
***Email: Karen.Jones-Hayes@cookcountyil.gov***

**This transmission may contain confidential or privileged information, intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission is strictly prohibited. Please treat this and all other documents from the Cook County Sheriff's Department as LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY. Further distribution of this document is restricted to law enforcement agencies, intelligence agencies and Department of Defense organizations only, unless prior approval of the Cook County Sheriff's Department has been obtained. Keep in mind that this document, or any segment thereof, may not be released to any media sources. Do not disseminate, which includes forwarding the contents of this message, without the approval of the sender.**