IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | |
|---|---|
| JOHN NAWARA, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) No.   17 C 2393 |
| | ) |
| COUNTY OF COOK, et al., | ) The Honorable Rebecca R. Pallmeyer |
| | ) Judge Presiding |
|       Defendants. | ) |

### **REVISED SCHEDULE G**

Richard F. Linden
Peter V. Bustamante
17 North State Street– Suite 1550
Chicago, Illinois 60602
(312) 346-2072

EXHIBIT

B

**Schedule G – Itemized Damages**

Lost earnings: $64,653.36[1]

Compensatory Damages:

Emotional Distress: Depending on the evidence presented, we anticipate requesting $300,000.00 or less as and for emotional distress.

All benefits Plaintiff would have received but for the discrimination, including pre-judgment interest;

An award of reasonable attorneys' fees, costs, and litigation expenses;

A permanent injunction enjoining Defendant to restore Plaintiff to the position where he would have been absent the Defendant's wrong doing, including restoration of benefits and seniority;

A declaratory judgment that Defendant's actions violate Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12111-12117;

Punitive Damages:

If punitive damages are allowed by the Court, depending on the evidence presented, we anticipate requesting $15,000.00 or less as and for punitive damages.

Defenses:

Defendants contend that Plaintiff failed to mitigate his damages.

Defendants also contend that the injunctive relief sought by Plaintiff is moot and that there is no basis to issue a declaratory judgment, as the Court already ruled on the Motion to Dismiss.

---

[1] The lost wages calculation represents Plaintiff's pretax lost income from November 18, 2016 to September 27, 2017 ($206.56 per day). This figure is based on Plaintiff's 2016 gross wages of $75,394.49 divided by 365 multiplied by 313 days. Plaintiff's gross wages for 2016 is from "Historical Payroll Register" (CCSO 184).