**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

John Nawara
Plaintiff,
v.
County Of Cook, et al.
Defendant.

Case No.: 1:17−cv−02393
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 5, 2020:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Jury trial held and concluded. Jury deliberation began. Jury returns its verdict in favor of the Plaintiff and against Defendant. Jury poll confirmed verdict was unanimous. Defendants Karen Jones−Hayes, Matthew Burke, Rebecca Reierson, and Winifred Shelby are dismissed with prejudice. Enter Judgment. Terminate Case. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.