# Exhibit 1

R07345

Cook County, Illinois
Historical Payroll Register
Detail by Check Control Number
Employees Sorted by Alpha Name

04/05/2018 13:51:50
Page: 4
Date From: 11/01/2016
Date Thru: 12/31/2016

| Pay Code | Description | Current Hours | Current Dollars | YTD Dollars | YTD Hours | DBA Code | Description | Add'l Tax Code | Current Amount | YTD Amount | Current Taxable Amount | YTD Taxable Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Report Grand Totals** | | | | | | | | | | | |
| 1 | Regular | 224.00 | 7,594.95 | 51,537.10 | 1,520.00 | *** | Gross Wages | | 15,072.93 | 75,394.49 | | |
| 100 | Overtime@1.0 | | | 135.62 | 4.00 | | FED Income Tax | | 2,411.99 | 11,771.08 | 13,333.54 | 66,249.33 |
| 105 | Overtime@1.5 | 28.50 | 1,449.48 | 3,738.14 | 73.50 | | FED Medicare w/h | | 214.48 | 1,070.23 | 14,791.53 | 73,809.08 |
| 200 | Holiday | | | 3,797.50 | 112.00 | | IL State Tax - Dept of Revenue | | 500.01 | 2,484.31 | 13,333.54 | 66,249.33 |
| 240 | Training | | | 1,356.25 | 40.00 | 2000 | Pension | | 1,157.99 | 5,999.75 | | |
| 300 | Vacation | 176.00 | 6,028.50 | 13,352.25 | 392.00 | 4190 | BCBS PPO | | 286.34 | 1,425.59 | | |
| 315 | Personal Day | | | 542.50 | 16.00 | 5910 | 457-$ | | 300.00 | 1,560.00 | | |
| 530 | Pout-CUnifrm | | | 750.00 | | 7010 | Union Dues | | 99.00 | 501.78 | | |
| 892 | Other Tv Rmb | | | 185.13 | | 7049 | Un Srvce Chg | | .25 | 1.30 | | |
| 5190 | BCBS PPO ER | | 1,239.30 | 7,435.80 | | 7070 | T700SAF | | 2.00 | 11.00 | | |
| 5216 | Caremark RX | | 619.12 | 3,714.72 | | | | | | | | |
| 5325 | VisionOne ER | | 12.04 | 72.24 | | | | | | | | |
| 5455 | DentalPPO ER | | 52.18 | 313.08 | | | | | | | | |
| 9050 | LIFE EXCESS | | 4.94 | 25.31 | | | | | | | | |
| *** | Total Pay/Hours | Gross: 428.50 | 15,072.93 | 75,394.49 | 2,157.50 | *** | Total Employee Deductions | | 4,972.06 | 24,825.04 | | |
| | | Taxbl: | 13,333.54 | 66,249.33 | | *** | Total Employer Deductions | | | | | |
| | | | | | | *** | Net Pay | | 10,100.87 | 50,569.45 | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CCSO_000184