## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTER DIVISION

| | |
|---|---|
| JOHN NAWARA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.   17 C 2393 |
| | ) |
| COUNTY OF COOK, et al., | ) The Honorable Rebecca R. Pallmeyer |
| | ) Judge Presiding |
| Defendants. | ) |

### NOTICE OF MOTION

**TO:**   Sarah Marmor                             All Counsel of Record in the Court's
Scharf Banks Marmor LLC              CM/ECF electronic filing system
333 West Wacker Drive, Suite 450
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **Thursday, March 12, 2020,** at **8:45 a.m.,** or as soon thereafter as counsel may be heard, plaintiff shall appear before the Honorable Rebecca R. Pallmeyer, in Room 2541, U.S. District Court for the Northern District of Illinois, and present the attached **PLAINTIFF'S MOTION FOR AWARD OF BACKPAY/LOSS WAGES AND EQUITABLE RELIEF,** a copy of which is provided to you via the Court's CM/ECF electronic filing system.

**JOHN NAWARA,**

*s/ Peter V. Bustamante*
_____

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, I caused a true and correct copy of the above and foregoing Notice to be sent to all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Peter V. Bustamante*
Peter V. Bustamante
17 North State Street– Suite 1550
Chicago, Illinois 60602
(312) 346-2072