**From:** "Winifred Shelby (Sheriff)" <Winifred.Shelby@cookcountyil.gov>
**To:** "Rebecca Reierson (Sheriff)" <Rebecca.Reierson@cookcountyil.gov>
**Subject:** Corvel Contacts and Authorization forms
**Date:** 2016-08-11 12:31:17 -0400
**Attachments:** CorVel_Corporation_HIPAA_Release_form_CC_(2).doc; AUTHORIZATION_TO_RELEASE_HEALTHCARE_INFORMATION_(2).docx; CorVel_Contacts_2.doc

---

Hi Beka,
I have attached the document with our Corvel contact list, as well as the Authorization forms, in case you ever need them in my absence.

Thanks

Winifred Shelby, RN, CCM
Occupational Health Specialist
Cook County Sheriff's Office
3026 S. California, Building 2
Chicago, Illinois, 60608
Office (773) 674-8535
Fax (773) 674-8212
winifred.shelby@cookcountyil.gov

**Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete the original message and destroy all copies.

EXHIBIT
C
exhibitsticker.com

EXHIBIT
DX 2
exhibitsticker.com

# HIPAA AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, ______________________________, authorize the Independent medical exam or fitness for duty exam physician to disclose protected health information ("PHI") about me as described below in this Authorization:

1. With this authorization, I allow all medical records and information to be released and reviewed that relates to my fitness for duty exam.

2. Any health care provider or facility who treats/treated me for my medical condition or medical illness ("Identified Health Care Providers") may disclose the above-described information to a Disability Management Case Manager, for Cook County, employed by CorVel Corporation.

3. This disclosure is made for the purposes of your fitness for duty examination as requested by your employer, Cook County.

4. I understand that the Identified Health Care Providers are not conditioning my treatment, payment, enrollment, or eligibility for benefits on whether I agree to sign this authorization.

5. I understand that the information disclosed pursuant to this authorization may no longer be protected by the federal health privacy rule (otherwise known as HIPAA) and may be subject to re-disclosure by the recipient.

6. I understand that I have the right to revoke this authorization in writing at any time by sending a letter to the Privacy Officer of the Identified Health Care Providers for my medical condition or medical illness as described above, and that the effective date of my revocation will be the date the Privacy Officer receives it. I further understand that any revocation will be effective only to the extent that Identified Health Care Providers has not already taken action in reliance on this authorization.

7. This authorization allows for the release of medical records produced as the result of treatment provided prior to the date of expiration of this authorization.

8. This Authorization shall expire one year from the date of my signature to this authorization, below.

________________________________________ ____________________

Printed Name (of person giving authorization) Social Security Number

________________________________________ ____________________

Signature of person giving authorization Date

Signed ________________________________________

***(If applicable, Power of Attorney, Guardian or Conservator. Attach copy of document granting authority.)***

This document contains confidential information of a claimant and may not be disclosed or duplicated without the prior written consent of CorVel.

Cook County SHERIFF

# AUTHORIZATION TO RELEASE HEALTHCARE INFORMATION

Patient's Name: ______________________ Date of Birth: ______________________

Previous Name: ______________________ Social Security #: ______________________

I request and authorize ________________________________________________ to release healthcare information of the patient named above to:

Name: ________________________________________________

Address: ________________________________________________

City: ______________________ State: __________ Zip Code: __________

This request and authorization applies to:

☐ Healthcare information relating to the following treatment, condition, or dates: ______________________

________________________________________________

X All healthcare information

☐ Other: ________________________________________________

**Definition:** Sexually Transmitted Disease (STD) as defined by law, RCW 70.24 et seq., includes herpes, herpes simplex, human papilloma virus, wart, genital wart, condyloma, Chlamydia, non-specific urethritis, syphilis, VDRL, chancroid, lymphogranuloma venereuem, HIV (Human Immunodeficiency Virus), AIDS (Acquired Immunodeficiency Syndrome), and gonorrhea.

☐ Yes ☐ No I authorize the release of my STD results, HIV/AIDS testing, whether negative or positive, to the person(s) listed above. I understand that the person(s) listed above will be notified that I must give specific written permission before disclosure of these test results to anyone.

☐ Yes ☐ No I authorize the release of any records regarding drug, alcohol, or mental health treatment to the person(s) listed above.

Patient Signature: ______________________ Date Signed: ______________________

THIS AUTHORIZATION EXPIRES NINETY DAYS AFTER IT IS SIGNED.