| | |
|---|---|
| **From:** | Dana Kurtz <DKurtz@kurtzlaw.us> |
| **To:** | "Rebecca.Reierson@cookcountyil.gov" <Rebecca.Reierson@cookcountyil.gov>, "Winifred.Shelby@cookcountyil.gov" <Winifred.Shelby@cookcountyil.gov> |
| **CC:** | "Peter.Kramer@cookcounty.gov" <Peter.Kramer@cookcounty.gov> |
| **Subject:** | John Nawara |
| **Date:** | 2016-12-21 15:49:18 -0500 |
| **Importance:** | high |
| **Attachments:** | HIPAA_Release_form_given_to_John_to_sign.pdf |
| **Inline-Images:** | image002.png; image001.jpg |

Ms. Reierson and Ms. Shelby,

I have been retained by John Nawara to represent him with respect to potential claims he has against the Sheriff's Office and other possible individual defendants.

I understand that you placed him on leave and ordered that he cannot return to work until he completes the attached HIPAA authorization form. On what legal basis or policy provision do you and the Sheriff's office have to order him to complete this form for his personal medical records? Officer Nawara (and I) believe that such an order is unlawful.

Officer Nawara has not been given any notification of any complaint or allegations against him. You also refused to provide him with any information other than he was being ordered to sign the HIPAA release form.

[redacted]

As a result of the above actions taken against Officer Nawara and the [redacted] order that he cannot return to work, he has been forced to use his vacation time. [redacted] We are requesting that he be immediately reinstatement and allowed to return to work, as well as his vacation and time that he has had to use be reinstated. We are also requesting that the Sheriff immediately send a notification to Superintendent Jones-Hayes to have no further contact with Officer Nawara [redacted]

I look forward to hearing from you before the close of business Friday, December 24, 2016.

Sincerely,

*Dana*

Dana L. Kurtz, Esq.

KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us

RATED BY Super Lawyers
*Selected by Super Lawyers from 2013 – 2016*

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

EXHIBIT D

EXHIBIT DX 28

## HIPAA AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, ______________________________, authorize the Independent medical exam or fitness for duty exam physician to disclose protected health information ("PHI") about me as described below in this Authorization:

1. With this authorization, I allow all medical records and information to be released and reviewed that relates to my fitness for duty exam.

2. Any health care provider or facility who treats/treated me for my medical condition or medical illness ("Identified Health Care Providers") may disclose the above-described information to a Disability Management Case Manager, for Cook County, employed by CorVel Corporation.

3. This disclosure is made for the purposes of your fitness for duty examination as requested by your employer, Cook County.

4. I understand that the Identified Health Care Providers are not conditioning my treatment, payment, enrollment, or eligibility for benefits on whether I agree to sign this authorization.

5. I understand that the information disclosed pursuant to this authorization may no longer be protected by the federal health privacy rule (otherwise known as HIPAA) and may be subject to re-disclosure by the recipient.

6. I understand that I have the right to revoke this authorization in writing at any time by sending a letter to the Privacy Officer of the Identified Health Care Providers for my medical condition or medical illness as described above, and that the effective date of my revocation will be the date the Privacy Officer receives it. I further understand that any revocation will be effective only to the extent that Identified Health Care Providers has not already taken action in reliance on this authorization.

7. This authorization allows for the release of medical records produced as the result of treatment provided prior to the date of expiration of this authorization.

8. This Authorization shall expire one year from the date of my signature to this authorization, below.

________________________________________ ____________________

Printed Name (of person giving authorization) Social Security Number

________________________________________ ____________________

Signature of person giving authorization Date

Signed ________________________________________

*(If applicable, Power of Attorney, Guardian or Conservator. Attach copy of document granting authority.)*

This document contains confidential information of a claimant and may not be disclosed or duplicated without the prior written consent of CorVel.