| | |
|---|---|
| **From:** | "Willette Lindsey (Sheriff)" <Willette.Lindsey@cookcountyil.gov> |
| **To:** | "Erica Queen (Sheriff)" <Erica.Queen@cookcountyil.gov> |
| **CC:** | "Sean Julian (Sheriff)" <Sean.Julian@cookcountyil.gov>, "Barbara Anderson (Sheriff)" <Barbara.Anderson@cookcountyil.gov>, "Ann Dunlap (Sheriff)" <Ann.Dunlap@cookcountyil.gov>, "Winifred Shelby (Sheriff)" <Winifred.Shelby@cookcountyil.gov>, "Debra Munizzi (Sheriff)" <Debra.Munizzi@cookcountyil.gov>, "Gloria Brown (Sheriff)" <Gloria.Brown@cookcountyil.gov>, "Helen Cohn (Sheriff)" <Helen.Cohn@cookcountyil.gov>, "Janice Yost (Sheriff)" <Janice.Yost@cookcountyil.gov>, "John Harrington (Sheriff)" <John.Harrington@cookcountyil.gov>, "Mary McQuillan (Sheriff)" <Mary.Mcquillan@cookcountyil.gov>, "Mary Sisco (Sheriff)" <Mary.Sisco@cookcountyil.gov>, "Melody Morley (Sheriff)" <Melody.Morley@cookcountyil.gov>, "Michael Miller (Sheriff)" <Michael.Miller1@cookcountyil.gov>, "Rebecca Reierson (Sheriff)" <Rebecca.Reierson@cookcountyil.gov>, "Sean Lynch (Sheriff)" <Sean.Lynch@cookcountyil.gov>, "Trisa Davis (Sheriff)" <Trisa.Davis@cookcountyil.gov>, "Wendy Bernard (Sheriff)" <Wendy.Bernard@cookcountyil.gov> |
| **Subject:** | Return to Work John Nawara 378032 (non-duty illness) |
| **Date:** | 2017-09-27 12:14:33 -0400 |
| **Attachments:** | Nawara,_John.pdf |

---

Attached is the Release for Duty Authorization for John Nawara – JDE #[redacted]

Willette Z. Lindsey
Cook County Sheriff's Office
Employee Services
3026 S. California Avenue
Bldg 2, 1st Floor
Chicago, IL 60608
(773) 674-3451

EXHIBIT
I
exhibitsticker.com

EXHIBIT
DX 55
exhibitsticker.com

# COOK COUNTY SHERIFF'S OFFICE
# HUMAN RESOURCES EMPLOYEE SERVICES

## RELEASE FOR DUTY AUTHORIZATION

| | |
|---|---|
| TO: Superintendent Queen | DATE: 9/267/2017 |
| FROM: Willette Lindsey | |
| EMPLOYEE: John Nawara | JDE: [redacted] |
| ABSENCE START DATE (Date following last day worked, excluding RDO's): 5/1/2017 | RELEASE FOR DUTY DATE: 9/27/2017 |

### REASON FOR ABSENCE

☐ Military Leave ☐ FMLA Leave ☐ Leave of Absence ☐ Disability ☐ Duty Injury ☒ Non-Duty Illness ☐ Maternity/Paternity Leave

☐ Suspension ☐ Duty Injury Unauthorized ☐ Leave of Absence Unauthorized ☐ FMLA Leave Unauthorized ☐ Disability Pending

UNAUTHORIZED ABSENCE DATE(S):

Human Resources is in receipt of credentials: ☐ Yes ☒ No ☐ N/A

Employee scheduled for in-service training: ☒ Yes ☐ No ☐ N/A

Employee is authorized to carry a weapon: ☐ Yes ☒ No ☐ N/A

Employee is not authorized to carry a weapon:

☒ Did Not Qualify ☐ Restriction ☐ No FOID Card ☐ Expired FOID Card ☐ State Revoked

☐ De-Deputized ☐ Recruit (Academy) ☐ Civilian ☐ Other

Occupational Health Nurse Release (attachment): ☒ Yes ☐ No

Restrictions noted by Physician (attachment): ☐ Yes ☒ No

Re-evaluation Date: ____________

Comments: Employee to return full duty to RTC 6-2/5 (per Director's Office)

I certify that no Political Reasons or Factors were considered in any decision I made or action I took related to this Employment Action. Further, I do not know of, or have any reason to believe that anyone else considered or took action based on Political Reasons or Factors with respect to this Employment Action.
(FCN-17)(MAR 15)

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
South Campus – 3026 S. California - Building 2, 1ST Floor, CHICAGO, IL 60608
**THOMAS J. DART**
SHERIFF
**MEDICAL DIVISION**
Bureau of Human Resources

---

JOHN NAWARA — Name
C.O. — Title

Address ________________ Phone

D.O.C/EX OPS
Department

NO
Injury on Duty Date

IT IS MY OPINION THAT THE CONDITION OF THE PERSON NAMED ABOVE IS SUCH THAT HE OR SHE CAN RETURN TO WORK ON 09/27/2017
THERFORE I HAVE ADVISED HIM/HER TO REPORT TO HIS/HER DEPARTMENT AT THIS TIME.

HOWEVER, ALL THE RESTRICTIONS (IF LISTED BELOW) ARE PER THE DISCRETION OF THE SHERIFF'S OFFICE, ONLY IF THEY CAN BE ACCOMMODATED FOR THE ABOVE JOB TITLE. (UPDATED MEDICAL DOCUMENTATION MUST BE PRESENTED WHEN THE EMPLOYEE RETURNS FOR RE-EVALUATION)

---

*******PER FFD*******
FULL DUTY
NO RESTRICTIONS

Winifred Shelby, RN, CCM

9/26/2017
Date

RE-EVALUATION DATE NA

---

I HAVE REVIEWED THE ABOVE RESTRICTIONS AND WHILE UNDER THESE RESTRICTIONS, THIS EMPLOYEE:

☐ CAN ☐ CANNOT BE ALLOWED TO CARRY A WEAPON ON BEHALF OF THE CCSO

SIGNATURE & TITLE ________________ DATE ________