**From:** "Mary Sisco (Sheriff)" <Mary.Sisco@cookcountyil.gov>

**To:** "Sean Julian (Sheriff)" <Sean.Julian@cookcountyil.gov>, "Tracey Cannamore (Sheriff)" <Tracey.Cannamore2@cookcountyil.gov>, "Diane Martin (Sheriff)" <Diane.Martin@cookcountyil.gov>, "Erica Queen (Sheriff)" <Erica.Queen@cookcountyil.gov>, "Ophelia Doss (Sheriff)" <Ophelia.Doss@cookcountyil.gov>, "CCSO Staffing (Sheriff)" <CCSO.Staffing@cookcountyil.gov>, "Debra Munizzi (Sheriff)" <Debra.Munizzi@cookcountyil.gov>, "DOC SheriffNet (Sheriff)" <DOC.SheriffNet@cookcountyil.gov>, "Helen Cohn (Sheriff)" <Helen.Cohn@cookcountyil.gov>, "Michele Payne (Sheriff)" <Michele.Payne@cookcountyil.gov>, "Natalie Camer (Sheriff)" <Natalie.Camer@cookcountyil.gov>, "Robert Egan (Sheriff)" <Robert.Egan@cookcountyil.gov>, "Sean Lynch (Sheriff)" <Sean.Lynch@cookcountyil.gov>, "Sharon Little (Sheriff)" <Sharon.Little@cookcountyil.gov>, "Stephen Bouffard (Sheriff)" <Stephen.Bouffard@cookcountyil.gov>, "Teresa Brown (Sheriff)" <Teresa.Brown@cookcountyil.gov>, "Trisa Davis (Sheriff)" <Trisa.Davis@cookcountyil.gov>, CCSO NWS <ccso.nws@cookcountyil.gov>, "Shelitha Beacham (Sheriff)" <Shelitha.Beacham@cookcountyil.gov>, "Larry Gavin (Sheriff)" <Larry.Gavin@cookcountyil.gov>, "Wendy Bernard (Sheriff)" <Wendy.Bernard@cookcountyil.gov>, "Amar Patel (Sheriff)" <Amar.Patel@cookcountyil.gov>, "Mary McQuillan (Sheriff)" <Mary.Mcquillan@cookcountyil.gov>, "Jill McArdle (Sheriff)" <Jill.Mcardle@cookcountyil.gov>, "Karyn Williams (Sheriff)" <Karyn.Williams@cookcountyil.gov>, "John Harrington (Sheriff)" <John.Harrington@cookcountyil.gov>, "Rebecca Reierson (Sheriff)" <Rebecca.Reierson@cookcountyil.gov>, "Richard Diver (Sheriff)" <Richard.Diver@cookcountyil.gov>, "Mark Robinson (Sheriff)" <Mark.Robinson@cookcountyil.gov>, "Michele Morris (Sheriff)" <Michele.Morris@cookcountyil.gov>, "Tarry Williams (Sheriff)" <Tarry.Williams@cookcountyil.gov>, "Lisa Garza (Sheriff)" <Lisa.Garza@cookcountyil.gov>

**CC:** "Debbie Boecker (Sheriff)" <Debbie.Boecker@cookcountyil.gov>, "Mario Reyes (Sheriff)" <Mario.Reyes@cookcountyil.gov>, "Matthew Burke (Sheriff)" <matthew.burke@cookcountyil.gov>, "Michael Miller (Sheriff)" <Michael.Miller1@cookcountyil.gov>, "Nneka Jones Tapia (Sheriff)" <Nneka.Jonestapia@cookcountyil.gov>, "Jeff Johnsen (Sheriff)" <Jeff.Johnsen@cookcountyil.gov>, "Michele Payne (Sheriff)" <Michele.Payne@cookcountyil.gov>, "Theresa Olson (Sheriff)" <Theresa.Olson@cookcountyil.gov>, "Jane Gubser (Sheriff)" <Jane.Gubser@cookcountyil.gov>, "Larry Gavin (Sheriff)" <Larry.Gavin@cookcountyil.gov>, "Richard Brogan (Sheriff)" <Richard.Brogan@cookcountyil.gov>

**Subject:** Personnel Memo #17-572; Ofc. J. Nawara

**Date:** 2017-09-27 11:49:01 -0500

**Attachments:** Personnel_Memo_17-572.pdf

---

Please see attached.

Mary Sisco, Administrative Assistant
Executive Director's Office - CCDOC
773-674-2388 (phone)

Mary.Sisco@cookcountyil.gov

EXHIBIT
J
exhibitsticker.com

EXHIBIT
DX 56
exhibitsticker.com

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# PERSONNEL MEMORANDUM

| DISTRIBUTION A | EFFECTIVE DATE: 09/27/17 | PERSONNEL MEMORANDUM # 17-572 |
|---|---|---|

**Effective Wednesday, September 27, 2017, the following staff member will be detailed as indicated below:** (Return to Work) (Due to change in Deputy Status. Employee will be returned to original position upon re-deputization)

**FROM EXTERNAL OPERATIONS 6-2 SHIFT DETAIL 5 TO RTC 6-2 SHIFT DETAIL 5**

**Ofc. John Nawara** **JDE#**[redacted]

cc: Sean Julian, Superintendent EXOP/Trans
Erica Queen, Superintendent RTC
Karyn Williams, Executive Director Bureau of Human Resources
Robert Egan, Compliance Officer
Ofc. M. Robinson, Chief Union Steward (Teamsters)
File

I certify, that no political reasons or factors were considered in any decision I made or action I took relating to this employment action. Further, I do not know of, or have any reason to believe that, anyone else considered or took action based on political reasons or factors with respect to this employment action.

| Printed Name: | Department Head or Designee's Signature: | Date: |
|---|---|---|
| Dr. Nneka Jones Tapia | [signature] | 09/27/17 |

[signature] 09/27/17

**Dr. Nneka Jones Tapia, Executive Director** **Date**