**From:** "Rebecca Reierson (Sheriff)" <MAILER-DAEMON>
**To:** Karen Jones-Hayes (Sheriff)
**Subject:** Jones-Hayes Statement
**Date:** 2016-11-21 17:16:54 -0500
**Attachments:** Nawara_-_Jones-Hayes_Statement.docx

---

Superintendent,
I am forwarding my notes from our telephone conversation regarding the incident with Ofc. Nawara on 9/28/16. Please review, edit if necessary, sign, and return to me as soon as possible. Thank you, Beka

Rebecca Reierson, Esq.
Cook County Sheriff's Office
Bureau of Human Resources
3026 S. California Avenue, Building 2
Chicago, IL 60608
P (773) 674-8534
F (773) 674-8168
rebecca.reierson@cookcountyil.gov

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney-client and/or work product privileges. If you are not the intended recipient of this message or if this message has been addressed to you in error, please alert the sender immediately by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Thank you.

EXHIBIT
N
exhibitsticker.com

PLAINTIFF'S EXHIBIT
118

Information provided by Supt. Jones-Hayes
Telephone Conversation w/ Rebecca Reierson and Winifred Shelby
November 16, 2016

A new directive had been issued for the basement of Cermak that all detainees had to be cuffed in back and shackled in order to prevent harm to officers and detainees. On 9/29/16 Jones went down to basement and found a door that was supposed to be secured was unlocked, and many of the detainees were not cuffed, or were cuffed in front. In the area there were two officers, Officer Gannon and who was later determined to be Officer Nawara, who had his back to her. Jones stated that the detainees were not cuffed and shackled as required by the directive and Nawara did not turn around or respond. Jones tapped Nawara on the shoulder and asked if he heard her and he jumped up in her face and yelled at the top of his lungs "Don't touch me! Don't fucking touch me!" over and over again. Jones left the area and got the sergeant to go to Nawara and have him cuff and shackle the detainees that were not already. She saw a detainee in the back away from everyone and asked him to come forward. After some prodding he reluctantly came forward and said that he didn't want to be cuffed by Nawara because was crazy. She had the sergeant come over with Nawara to cuff and shackle the detainee. Nawara screamed in Jones face again "Because of you an inmate jumped in my fucking face!" He stormed behind her and again yelled "So what? Are you going to follow me around all day?" Jones realized that something about her presence set Nawara off and so she stayed away from him after the incident.

Nawara is now assigned to ExOps so Jones does not currently have any contact with him.