CORVEL

**Facsimile Transmittal**

CorVel Corporation
www.corvel.com
888.7CorVel

Date: 9/1/2017 1:24 AM

**To** Monica
Dr. Charles Shaw

Fax Number: 7735812160

**From** Michelle Sarocka
8664505138 Fax

Pages Including Cover: 3

Confidential

**Regarding** John Nawara; DOB: 04/27/1975
Please call with any questions.
Thank you,
Michelle

EXHIBIT
P

**Privileged and Confidential:**
All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and destroy all copies of this communication and any attachment (s).

EXHIBIT
DX 46

CORVEL

August 31, 2017

Dr. Charles Shaw
Fax: 773-581-2160
Phone: 773-581-1500

RE: John Nawara
DOB: 04/27/1975

Dear Dr. Shaw:

The Cook County Sheriff Office has contracted with CorVel Corporation to obtain medical records and arrange for a Fit-For-Duty Exam for John Nawara. You are listed as the primary treating physician for Mr. Nawara.

CorVel Corporation is requesting the following information:

__X___ Progress notes from _08/31/2014_ to _08/31/2017_____.

__X__ Consultation Reports received during the above timeframe.

__X___ Other: Diagnostic test results during the above timeframe.

Confidential

**A signed confidentiality release is enclosed.**

**Please fax the requested information to: 866-450-5138**

**OR Records can also be mailed to:**

**CorVel Corporation**
**Attn: Michelle Sarocka**
**3010 Highland Parkway, Suite 600**
**Downers Grove, Illinois 60515**

If you have any questions, please contact me at 630-874-7433.

Sincerely,

*Michelle Sarocka, RN*

Michelle Sarocka, RN
Nurse Case Manager
CorVel Corporation
T: 630-874-7433 | Fax: 866-450-5138

## HIPAA AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, JOHN A. NAWARA authorize the Independent medical exam or fitness for duty exam physician to disclose protected health information ("PHI") about me as described below in this Authorization:

1. With this authorization, I allow all medical records and information to be released and reviewed that relates to my fitness for duty exam to CorVel Corporation.

2. Any health care provider or facility who treats/treated me for my medical condition or medical illness ("Identified Health Care Providers") may disclose the above-described information to a Disability Management Case Manager, for Cook County, employed by CorVel Corporation.

3. This disclosure is made for the purposes of your Fitness for Duty Examination as requested by your employer, Cook County. Your employer will receive a copy of the Independent Medical Exam (IME). You will also receive a copy of the IME.

4. I understand that the Identified Health Care Providers are not conditioning my treatment, payment, enrollment, or eligibility for benefits on whether I agree to sign this authorization.

5. I understand that the information disclosed pursuant to this authorization may no longer be protected by the federal health privacy rule (otherwise known as HIPAA) and may be subject to re-disclosure by the recipient.

6. I understand that I have the right to revoke this authorization in writing at any time by sending a letter to the Privacy Officer of the Identified Health Care Providers for my medical condition or medical illness as described above, and that the effective date of my revocation will be the date the Privacy Officer receives it. I further understand that any revocation will be effective only to the extent that Identified Health Care Providers has not already taken action in reliance on this authorization.

Confidential

7. This authorization allows for the release of medical records produced as the result of treatment provided prior to the date of expiration of this authorization.

8. This Authorization shall expire one year from the date of my signature to this authorization, below.

JOHN A. NAWARA
Printed Name (of person giving authorization)

[redacted]028
Social Security Number

Signature of person giving authorization

08-17-2017
Date

Signed ____________________
*(If applicable. Power of Attorney, Guardian, or Conservator. Attach a copy of document granting authority.)*

This document contains confidential information of a claimant and may not be disclosed or duplicated without prior written consent of CorVel.