# COOK COUNTY SHERIFF'S OFFICE

| | |
|---|---|
| Job Code: | 1360 |
| Job Title: | Correctional Officer |
| Salary Grade: | CO1 |
| Department: | Cook County Department of Corrections |

***Characteristics of the Position***

**General Overview**

Observes and supervises the behavior of detainees confined to Cook County's Correctional Institutions; enforces rules and regulations established for the maintenance of order, discipline and safety; makes rounds of assigned area to insure that all security procedures are adhered to and all detainees under surveillance are accounted for; communicates with detainees to ascertain attitudes, problems and rehabilitation; performs a variety of other related duties to assist with jail operations.

**Key Responsibilities and Duties**

Makes rounds of assigned area to inspect conditions, the activity of the detainees and to check for any unusual happenings; reports any abnormal occurrences to superiors.

Guard's access and egress through gates leading to the receiving room, hospital, visitor's area, vocational counseling rooms and main entrance(s) to the jail.

Inspects all vehicles entering or leaving the correctional institution for evidence of any suspicious passengers or materials; checks all visitors to determine presence of contraband items.

Supervises and checks the work of detainees engaged in maintenance, custodial, laundry, tailoring and clerical tasks.

Performs guard duties in the receiving room through which all detainees are received from local and federal police authority; insures that all security precautions are adhered to; keeps an orderly and regulated flow of detainees into the institution.

Builds and maintains rapport with detainees.

Diffuses disruptive behavior by verbal interventions; controls disruptive behavior by appropriate verbal orders and/ or appropriate use of physical force.

Uses verbal and listening skills to determine potential detainee problems. such as suicide risk, intoxication, drug usage, assaultive behavior, etc.

Informs and explains institutional rules to detainees.

Communicates information regarding security, safety and operations through the chain of command.

EXHIBIT
A
exhibitsticker.com

EXHIBIT
DX 1
exhibitsticker.com

Monitors detainees, watching closely for unusual behavior, improper conduct or signs of conflict.

Monitors visits between detainees and personal visitors.

Supervises periods of recreational activity.

Searches detainees, by pat or strip method, to detect and confiscate contraband or unapproved items.

Searches cells or living quarters, recreational areas, visiting areas and other areas in buildings or on the grounds for contraband and unapproved items.

Searches the perimeter of an area by making checks on foot, by car, or from a watchtower to ensure there are no security breaches or contraband.

Conducts security checks of locks, doors, bars and windows, etc.

Prepares detainees for transportation through search and application of appropriate restraining devices and ensures all related materials to be transported with detainee are ready and in order.

Transports detainees outside the facility, to and from court, lawyer's visits, medical appointments, work sites, or other facilities, as required.

Communicates with other staff and/ or main control to inform about detainee behaviors, incidents and/ or request assistance.

Performs head count to visually ensure the presence of all detainees; coordinates unit head counts to confirm total populations.

Checks identification cards to ensure only authorized persons enter or leave facility.

Processes new admissions and transfers.

Responds to emergency situations according to facility procedures, such as medical, fire, security, etc.

Writes narrative reports describing events that have happened, such as confidential reports, incident reports, disciplinary reports, special observations reports, etc.

Reads and writes short notes in a log book as a means of posting information about daily events from one shift to another, such as inventory logs, post logs, narrative logs, etc.

Uses a portable, two-way radio.

Opens and closes gates or doors to restricted areas to allow vehicles/ people to enter and exit.

Issues logs and inventories facility keys.

Attends and participates in required roll call.





CONFIDENTIAL

Attends and participates in required training.

Keeps current on policies, procedures, directives, and memoranda.

**Knowledge, Skills and Abilities:**

Considerable good judgment and initiative required at all times to assure prompt and thorough action during routine and emergency situations; ability to make sound judgments and decisions.

Thorough knowledge of institutional policies, rules and procedures, General Orders, Sheriff's Orders and Policies and Procedures as prescribed by law and the Correctional Superintendent.

Ability to supervise and control detainees, individually and in large groups/crews.

Ability to act promptly and thoroughly during routine and emergency situations.

Knowledge in the use of common office software, computers, Microsoft Word and applicable specialized law enforcement software, such as IMACS.

**Minimum Qualifications:**

Must be twenty one (21) years of age at the time of application.

Must be a United States Citizen.

Possession of a High School Diploma or a General Education Development (G.E.D.) test certificate.

Possession of a valid Driver's License.

Possession of a Firearm Owner's Identification Card (F.O.I.D.) or the ability to qualify to obtain a Firearms Owners Identification Card (F.O.I.D.) card prior to being certified by the Cook County Sheriff's Merit Board.

**The duties listed are not set forth for purposes of limiting the assignment of work. They are not to be construed as a complete list of the many duties normally to be performed under a job title or those to be performed temporarily outside an employee's normal line of work.**

***The Cook County Sheriff's Office prohibits all unlawful discrimination in its hiring and promotional process***