| | |
|---|---|
| **From:** | "Karen Jones-Hayes (Sheriff)" <Karen.Jones-Hayes@cookcountyil.gov> |
| **To:** | "Rebecca Reierson (Sheriff)" <Rebecca.Reierson@cookcountyil.gov>, "Winifred Shelby (Sheriff)" <Winifred.Shelby@cookcountyil.gov> |
| **CC:** | "Karen Jones-Hayes (Sheriff)" <Karen.Jones-Hayes@cookcountyil.gov> |
| **Subject:** | Supt. Jones-hayes Signed statement |
| **Date:** | 2016-11-28 16:50:19 -0500 |
| **Attachments:** | SKM_364e16112815480.pdf |

***Superintendent Karen Jones-Hayes***
***Cook County Department of Corrections- Cermak***
***2650 South California Ave. Chicago, Illinois 60608***
***Office: 773-674-3813***
***Email: Karen.Jones-Hayes@cookcountyil.gov***

**This transmission may contain confidential or privileged information, intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission is strictly prohibited. Please treat this and all other documents from the Cook County Sheriff's Department as LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY. Further distribution of this document is restricted to law enforcement agencies, intelligence agencies and Department of Defense organizations only, unless prior approval of the Cook County Sheriff's Department has been obtained. Keep in mind that this document, or any segment thereof, may not be released to any media sources. Do not disseminate, which includes forwarding the contents of this message, without the approval of the sender.**

---

**From:** copiers@cookcountyil.gov <copiers@cookcountyil.gov>
**Sent:** Monday, November 28, 2016 3:48 PM
**To:** Karen Jones-Hayes (Sheriff)
**Subject:** Message from KM_364e

EXHIBIT
H
exhibitsticker.com

EXHIBIT
DX 21
exhibitsticker.com

Information provided by Supt. Jones-Hayes
Telephone Conversation w/ Rebecca Reierson and Winifred Shelby
November 16, 2016

A new policy was generated for the safety and security of all staff had been issued for the basement of Cermak; all detainees had to be cuffed in back and while in the staging area they had to be shackled in order to prevent harm to officers and potentially other detainees. On 9/29/16 Supt. Hayes along with Sgt. Conley entered the basement and found the door to Basement Control 1 that was supposed to be secured was unlocked and open. I pointed the concern out to the Sgt. and instructed him that the officers were to be disciplined for not following the directive established for the security of this area. As I entered the area; all of the officer's backs were to me. Officer Nawara was the first officer closest to the door so I tapped him on his shoulder and leaned in to see his face and glanced at his name tag. I then commented, "You work for Cermak?" At that time officer Gannon responded," yes Supt. I know you know me" and I replied," yes I do". I asked, Officer Gannon who was the other officer on the computer and she told me it was an officer from Division 11 typing a report; the purpose of that question was to reiterate the policy that states no one should be in Basement control that is not assigned there. I began to speak with the officers about why the policies and why they were generated for that area. I then stepped to look into the staging area an observed many detainees were not in compliance with the orders established.

Many of the detainees were not cuffed, or were cuffed in front. Supt. Hayes asked," Why are the detainees not cuffed and shackled as required by the policy for Cermak?" Officer Nawara did not turn around or respond. Hayes then touched Nawara on the shoulder and asked if he heard her and he got in her face and yelled at the top of his lungs "Don't touch me! Don't fucking touch me lady!" over and over again. Officer Nawara displayed extreme rage towards her (his body trembled as he screamed at her with his fist clinched). Supt. Hayes left the area and stood in staging to regain her composure, because he startled her. After answering the detainee's questions in the staging area went into the ER, after telling Officer Nawara to cuff and shackle the detainees that were not already.

Moments later, Officer Nawara entered the ER screaming in the Supt's face, "You see, You see, this fucking inmate jumped in my face because you want him shackled." She exited the ER asking Sgt. Conley to find out what was the officer talking about. She saw a detainee in the back of staging away from everyone and asked him to come forward. After some prodding he reluctantly came forward and said that he didn't want to be cuffed by Nawara because he was crazy. She and the sergeant watched the Officer as he shackle the detainee. Supt. quickly began to exit the area and Officer Nawara began stating, "What are you going to do follow me around all day and help me do my fucking job?" He continued to antagonize the superintendent by walking out of the area as she did.

Supt. Hayes realized that something was going on with this officer and stated maybe it was something about her presence set Nawara off. Until administration decided what was the required action to take Supt. Hayes decided to stay away from him after the incident.

Officer Nawara is now assigned to Ex-Ops so Jones does not currently have any contact with him.

Supt K. Jones-Hayes #271