**From:** "Karen Jones-Hayes (Sheriff)" <MAILER-DAEMON>
**To:** Matthew Burke (Sheriff)
**Subject:** Re: Please call HR
**Date:** 2016-11-09 09:56:57 -0500

---

10-4 Sir

***Superintendent Karen Jones-Hayes***
***Cook County Department of Corrections- Cermak***
***2650 South California Ave. Chicago, Illinois 60608***
***Office: 773-674-3813***
***Email: Karen.Jones-Hayes@cookcountyil.gov***

**This transmission may contain confidential or privileged information, intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission is strictly prohibited. Please treat this and all other documents from the Cook County Sheriff's Department as LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY. Further distribution of this document is restricted to law enforcement agencies, intelligence agencies and Department of Defense organizations only, unless prior approval of the Cook County Sheriff's Department has been obtained. Keep in mind that this document, or any segment thereof, may not be released to any media sources. Do not disseminate, which includes forwarding the contents of this message, without the approval of the sender.**

---

**From:** Matthew Burke (Sheriff)
**Sent:** Wednesday, November 9, 2016 8:43 AM
**To:** Karen Jones-Hayes (Sheriff)
**Subject:** Please call HR

Hi,
Will you please Rebecca at the number below and relay your concerns about Officer Nawara's behavior?
She would like more information to see what else can be done besides discipline.
Thanks,

Rebecca Reierson, Esq.
Cook County Sheriff's Office
Bureau of Human Resources
3026 S. California Avenue, Building 2
Chicago, IL 60608
P (773) 674-8534
F (773) 674-8168

Matt Burke
Chief of Staff
Cook County Department of Corrections
773-674-7921 (ph)

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

EXHIBIT
M
exhibitsticker.com

EXHIBIT
DX 20
exhibitsticker.com