**From:** "Rebecca Reierson (Sheriff)" <Rebecca.Reierson@cookcountyil.gov>
**To:** "Mary McQuillan (Sheriff)" <Mary.Mcquillan@cookcountyil.gov>, "Matthew Burke (Sheriff)" <Matthew.Burke@cookcountyil.gov>
**Subject:** RE: Fitness for Duty - Ofc. J. Nawara
**Date:** 2016-11-16 11:43:30 -0500

Yes, that would be great. Can you have someone send him at 9:00 am on Friday? Thanks, Beka

**From:** Mary McQuillan (Sheriff)
**Sent:** Wednesday, November 16, 2016 10:39 AM
**To:** Rebecca Reierson (Sheriff); Matthew Burke (Sheriff)
**Subject:** Re: Fitness for Duty - Ofc. J. Nawara

Beka,

Ofc. Nawara is assigned to 6-2 Shift Detail 5. He RDO today and tomorrow. Please let me know if you would like him to report to HR on Friday morning.

Thanks,
Mary

Mary B. McQuillan
Executive Assistant to the Executive Director
Cook County Department of Corrections
Office (773) 674-4465
Mary.McQuillan@cookcountyil.gov

**From:** Rebecca Reierson (Sheriff)
**Sent:** Wednesday, November 16, 2016 10:36:15 AM
**To:** Matthew Burke (Sheriff)
**Cc:** Mary McQuillan (Sheriff)
**Subject:** RE: Fitness for Duty - Ofc. J. Nawara

Hi Matt,
We were finally able to speak with Supt Hayes this morning. After hearing the details of her interactions with Ofc Nawara we would like to meet with him in HR. I just spoke with Mary regarding having him sent to HR today. Thanks, Beka

Rebecca Reierson, Esq.
Cook County Sheriff's Office
Bureau of Human Resources
3026 S. California Avenue, Building 2
Chicago, IL 60608
P (773) 674-8534
F (773) 674-8168
rebecca.reierson@cookcountyil.gov

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney-client and/or work product privileges. If you are not the intended recipient of this message or if this message has been addressed to you in error, please alert the sender immediately by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Thank you.

**From:** Rebecca Reierson (Sheriff)
**Sent:** Thursday, November 10, 2016 11:44 AM
**To:** Matthew Burke (Sheriff)
**Subject:** RE: Fitness for Duty - Ofc. J. Nawara

Hi Matt,
Supt Hayes left a message for me yesterday and I am trying to get back in touch with her. I will keep you posted. Beka

EXHIBIT
O
exhibitsticker.com

**From:** Rebecca Reierson (Sheriff)
**Sent:** Wednesday, November 09, 2016 8:29 AM
**To:** Matthew Burke (Sheriff)
**Cc:** Tarry Williams (Sheriff); Nneka Jones Tapia (Sheriff)
**Subject:** RE: Fitness for Duty - Ofc. J. Nawara

It's not really clear from the short statement what exactly occurred. Is this something more than insubordination that should be handled through the disciplinary process? I'm happy to meet with Supt. Jones-Hayes to learn more, but as I said, she didn't respond when I tried to gather more information. Please let me know. Thanks, Beka

EXHIBIT
DX 22
exhibitsticker.com

**From:** Matthew Burke (Sheriff)
**Sent:** Tuesday, November 08, 2016 4:26 PM
**To:** Rebecca Reierson (Sheriff)
**Cc:** Tarry Williams (Sheriff); Nneka Jones Tapia (Sheriff)
**Subject:** Re: Fitness for Duty - Ofc. J. Nawara

Thanks,
We can still investigate at this point, but I think we (HR and CCDOC) should some other steps to mitigate the risk of future incidents. Any ideas are appreciated.
Thanks,

Matt Burke
Chief of Staff
Cook County Department of Corrections
773-674-7921 (ph)

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

**From:** Rebecca Reierson (Sheriff)
**Sent:** Tuesday, November 8, 2016 4:20 PM
**To:** Matthew Burke (Sheriff)
**Cc:** Tarry Williams (Sheriff); Nneka Jones Tapia (Sheriff)
**Subject:** FW: Fitness for Duty - Ofc. J. Nawara

Matt,
There is not enough information in this referral to support sending Officer Nawara for a fitness for duty evaluation. I did reach out to Superintendent Jones-Hayes and request more detailed information but I never received a response. Thanks, Beka

Rebecca Reierson, Esq.
Cook County Sheriff's Office
Bureau of Human Resources
3026 S. California Avenue, Building 2
Chicago, IL 60608
P (773) 674-8534
F (773) 674-8168
rebecca.reierson@cookcountyil.gov

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney-client and/or work product privileges. If you are not the intended recipient of this message or if this message has been addressed to you in error, please alert the sender immediately by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Thank you.

---

**From:** Mary McQuillan (Sheriff)
**Sent:** Thursday, September 29, 2016 4:12 PM
**To:** Karyn Williams (Sheriff)
**Cc:** Nneka Jones Tapia (Sheriff); Tarry Williams (Sheriff); Matthew Burke (Sheriff)
**Subject:** Fitness for Duty - Ofc. J. Nawara

Karyn,

Attached, please find a request for a Fitness for Duty Evaluation for Ofc. John Nawara, JDE#[redacted], Cermak 7-3/7. Please be aware that Ofc. Nawara is being transferred to External Operations, 6-2/7, per Article U SEAM, effective Sunday, 10/02/16.

Thank you,

Mary B. McQuillan
Executive Assistant to the Executive Director
Cook County Department of Corrections
Office (773) 674-4465
Mary.McQuillan@cookcountyil.gov