UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| JOHN NAWARA, ) | |
| ) | |
| Nawara, ) | |
| v. ) | Case No. 17-cv-2393 |
| ) | |
| COUNTY OF COOK, a unit of local Government, ) | Hon. Rebecca R. Pallmeyer |
| THOMAS DART, in his official capacity as ) | |
| Sheriff of Cook County, Illinois, KAREN JONES- ) | |
| HAYES, MATTHEW BURKE, REBECCA ) | |
| REIERSON, and WINIFRED SHELBY, in their ) | |
| individual capacities, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO CITE *KURTZHALS V. COUNTY OF DUNN***

Defendant Thomas Dart ("CCSO") hereby requests leave to file a Reply in Support of Its Motion to Cite *Kurtzhals v. County of Dunn,* attached as Exhibit A. In support of this Motion, the CCSO states as follows:

1. On August 17, 2020, the CCSO filed a Motion for Leave to File Supplemental Authority in Support of Its Motion For Judgement as a Matter of Law Pursuant to Rule 50(b) and Its Response Opposing Plaintiff's Motion for Back Pay. (Dkt. 353).

2. The Court granted the CCSO's motion, and ordered that Plaintiff could file a response by September 3, 2020. (Dkt. 354).

3. On August 26, 2020, Plaintiff filed his Response Addressing *Kurtzhals v. County of Dunn*. (Dkt. 356).

4. Plaintiff's Response purports to list alleged differences between *Kurtzals* and this case, but without citations either to the *Kurtzhals* opinion or to the record and which misstates both. The Response also includes a brand-new argument about objective and subjective evidence

1

based on a contract interpretation case, which has no bearing here at all. And Plaintiff all but ignores the point that *Kurtzhals* treats ADA discrimination and FFD claims separately and instead proffers other case law and a law review article to raise a new argument – that denying Nawara a back pay award would be "absurd" even though that is the result required by statute.

5. To ensure that the record is accurate before the Court and to address the new arguments raised in the Response that have nothing to do with *Kurtzhals*, the CCSO asks this Court for leave to file the attached Reply In Support of Its Motion to Cite *Kurtzals v. County of Dunn*.

6. This Motion will not prejudice Plaintiff as it replies to the new and unsupported arguments made in Plaintiff's response.

Respectfully submitted,

/s/ Sarah R. Marmor
Sarah R. Marmor
Suzanne M. Alexander
Morgan G. Churma
SCHARF BANKS MARMOR LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Ph. 312-726-6000
smarmor@scharfbanks.com
salexander@scharfbanks.com
mchurma@scharfbanks.com

*Counsel for THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois*.

## CERTIFICATE OF SERVICE

I certify that on September 9, 2020, I caused the foregoing DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO CITE *KURTZHALS V. COUNTY OF DUNN* to be filed using the Court's CM/ECF system, which will send e-mail notification of the filing to all counsel of record. These documents are available for viewing and downloading via the CM/ECF system.

/s/ Sarah R. Marmor