**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN NAWARA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 17-cv-2393 |
| | ) | |
| COUNTY OF COOK, a unit of local government, and | ) | |
| THOMAS DART, in his official capacity as Sheriff of | ) | Hon. Rebecca R. Pallmeyer |
| Cook County, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION REGARDING TRIAL EXHIBITS IN RECORD ON APPEAL**

In response to the Clerk of the District Court's letter of August 5, 2022 (Dkt. No. 415), which letter required parties to furnish the Court with exhibits admitted at the jury trial in this case to the District Court on or before August 17, 2022 so they may be considered in the record on appeal, the parties stipulate as follows:

**Plaintiff's trial exhibits**. The following exhibits included on the Plaintiff's pretrial schedule of exhibits (Dkt. No. 248-3, pages 1-20 of 42) were admitted into evidence at the jury trial: PX 1, PX 2, PX 4, PX 5, PX 20, PX 26, PX 29, PX 32, PX 63, PX 64, PX 70, PX 96, PX 101, PX 107, PX 112, PX 118, and PX 119. Copies of the exhibits are attached hereto.

**Defendants' trial exhibits**. The following exhibits included on the Defendants' pretrial schedule of exhibits (Dkt. No. 248-3, pages 21-42 of 42) were admitted into evidence at the jury trial: DX 1, DX 2, DX 5, DX 6, DX 7, DX 8, DX 9, DX 11, DX 12, DX 14, DX 16, DX 17, DX 19, DX 20, DX 21, DX 22, DX 23, DX 25, DX 26, DX 27, DX 28, DX 29, DX 32, DX 33, DX 35, DX 36, DX 38, DX 42, DX 43, DX 45, DX 46, DX 47, DX 48, DX 49, DX 51, DX 53, DX 54, DX 55, and DX 62. Copies of the exhibits are attached hereto.

**Parties' intent to move to transmit video evidence.** As reflected in the attached filings,

trial exhibit PX 119, which was identical to trial exhibit DX 62, was a security videotape played to the jury at the 2020 trial. The parties intend to move the District Court via joint or agreed motion to transmit the videotape to the Seventh Circuit.

The parties make this stipulation subject to and without waiving the right to move to seasonably supplement the record on appeal to include any other exhibits that were admitted at trial and not included in the list above.

/s/ Peter V. Bustamante
Peter V. Bustamante
LAW OFFICE OF PETER V. BUSTAMANTE
17 N. State Street Suite 1550
Chicago, IL 60602
pvbust@bustamantelaw.com

Richard F. Linden
LAW OFFICES OF RICHARD LINDEN
17 N. State Street Suite 1550
Chicago, IL 60602
lindenlaw@gmail.com

Counsel for Plaintiff

/s/ George D. Sax
Sarah R. Marmor
George D. Sax
Suzanne M. Alexander
SCHARF BANKS MARMOR LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
(312) 726-6000
smarmor@scharfbanks.com
gsax@scharfbanks.com
salexander@scharfbanks.com

Counsel for THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois

/s/ Kathleen Ori
Kathleen Ori

COOK COUNTY STATE'S
ATTORNEY'S OFFICE
500 Richard J. Daley Center
Chicago, IL 60602
312-603-4635
Kathleen.ori@cookcountyil.gov

Counsel for County of Cook

## CERTIFICATE OF SERVICE

I certify that on August 17, 2022, I caused the foregoing **STIPULATION REGARDING TRIAL EXHIBITS IN RECORD ON APPEAL** and accompanying exhibits to be filed using the Court's CM/ECF system, which will send e-mail notification of the filing to all counsel of record. These documents are available for viewing and downloading via the CM/ECF system.

/s/ George D. Sax