**From:** "Sarocka, Michelle" <Michelle_Sarocka@Corvel.com>
**To:** "John.Nawara@CookCountyIL.gov" <John.Nawara@CookCountyIL.gov>
**Subject:** Information
**Date:** 2017-08-28 12:33:38 -0400

---

Hello John,

The FFD provider will need to review medical records from all Health Care Providers you have seen over the past two years. If your Primary Care Physician (PCP) receives updates from specialists then you would only need to request the records from the PCP.

Please have your provider/s either Fax or Mail the medical records to me:

**FAX:** 866-450-5138
**OR**
**MAIL**: CorVel Corporation
Disability Department
3010 Highland Parkway, Suite 600
Downers Grove, IL 60515

As soon as I receive the records, I will call you to make sure I have all of them. I will then make an appointment with a FFD provider and let you know the date and time. Please call me with any questions at 630-874-7433.

Thank you,
Michelle

Michelle Sarocka, RN, CCM | Case Manager Lead
CorVel Corporation | Downers Grove
T 800 524 7560 | VoIP 47433 | T 630 874 7433 | F 866 450 5138
michelle_sarocka@corvel.com | www.corvel.com

**Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete the original message and destroy all copies.

EXHIBIT
DX 45
exhibitsticker.com