**Edward Jordan**

**From:** GM-IRCA-Legal Hold <GM-IRCA-Legal_Hold@Corvel.com>
**Sent:** Monday, June 11, 2018 2:07 PM
**To:** Scudieri, Sheryl
**Cc:** Edward Jordan
**Subject:** FW: FFD exams
**Attachments:** Nawara FFD Letter Provider.doc; Nawara referral ppw med rec JD.pdf; Nawara Auth.pdf

Sara Abbott | Sr. Corporate Paralegal
CorVel Corporation | Corporate Headquarters
2010 Main Street, Suite 600 | Irvine, CA 92614
T 949 838 1931 | M 949 491 6576 | F 866 434 2469
Sara_Abbott@Corvel.com | www.corvel.com

**From:** Sarocka, Michelle
**Sent:** Friday, September 8, 2017 8:55 PM
**To:** dgoldstein@irfg.org
**Subject:** FFD exams

Hi Dr Goldstein,

[redacted] was not able to make the appointment on Tuesday the 12th so we had her coming in on Wednesday the 13th for the interview with you.

Confidential

Attached is the FFD letter to you for John Nawara, who will be there Monday the 11th for testing and Tuesday the 12th for the interview with you. I've also attached all of the medical information we have for him.

28 pg attachment, Nawara referral ppw med rec JD.pdf, includes:
Pg 1 CCSO referral form.
Pg 2 Information provided by Supt. Jones-Hayes dated 11/16/2016 regarding incident that occurred 9/29/2016.
Pg 3 Letter to Mr Nawara from Rebecca Reierson/Director, HR EE Svcs regarding FFD eval.
Pg 4-5 Progress note dated 2/11/2017 by Karolina Hogueisson, MA, LCPC, RDDP.
Pg 6 Progress note dated 2/17/2017 by Karolina Hogueisson, MA, LCPC, RDDP.
Pg 7 Progress note dated 4/11/2017 by Karolina Hogueisson, MA, LCPC, RDDP.
Pg 8-17 Progress notes dated 11/2/2015, 11/12/2015, 1/12/2016, 2/20/2017 by Dr Charles Shaw/Family Care Assoc of Chicago.
Pg 18-25 Lab results from blood collected on 11/2/2015, 1/9/2016.
Pg 26-28 Job description for Correctional Officer.

Let me know if anything else is needed.

Thank you!
Michelle

Michelle Sarocka, RN, CCM | Case Manager Lead

EXHIBIT
DX 51
exhibitsticker.com

CorVel Corporation | Downers Grove
T 800 524 7560 | VoIP 47433 | T 630 874 7433 | F 866 450 5138
michelle_sarocka@corvel.com | www.corvel.com

**Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete the original message and destroy all copies.

Confidential

CORVEL

September 8, 2017

Isaac Ray Forensic Group, LLC
65 E. Wacker Place
Chicago, IL 60601

RE: John Nawara
DOB: [redacted]/1975

Dear Dr. Diana Goldstein:

I am the Nurse Case Manager at CorVel Corporation working on behalf of Cook County Sheriff Office. I have scheduled an evaluation for John Nawara. His address and phone number are: 100 Willow Lane, B207, Willow Springs, IL 60480 and 312-331-0060. He is not currently working.

John Nawara has an evaluation scheduled with Jordan Fuller on Monday 09/11/2017 from 9 am to 5 pm and with you on Tuesday 9/12/2017 from 9 am to 5 pm. Available medical records from his provider/s will be sent to you.

Following your comprehensive evaluation of John Nawara, please provide your comments and recommendations to the following questions: Confidential

1. Does Mr. Nawara have a health condition that impairs his ability to perform the essential functions (which require he maintain composure and respond appropriately in a high stress environment, including exhibiting proper behavior toward detainees and his superior officer. Position requires this individual can diffuse disruptive behavior verbally and if escalated, effectively and properly use limited force on problematic and combative inmates) of his position as outlined in his job description? If yes, please describe the current status and diagnosis of the condition/s impairing his ability to work.
2. Does Mr. Nawara pose a safety risk to himself or others if he returns to work full duty? If yes, please explain.
3. Based on his job description, does Mr. Nawara require any accommodations that would permit him to perform the essential functions? If yes, please describe the suggested accommodations and the estimated length of time that these restrictions will be necessary.
4. Will the above-described accommodations eliminate any identified safety hazard? Please explain.
5. Employer has concerns about anger management, including his ability to manage a detainee population without losing his temper. What type of treatment is required for Mr. Nawara to be able to return to the workforce? I.e., medication, therapy, anger management.
6. Do you have any recommendations to prevent another occurrence?
7. To the best of your knowledge, is Mr. Nawara taking any medication that would affect his ability to safely perform his job duties?

CORVEL

8. To the best of your knowledge, would the failure to take prescribed medication affect his ability to safely perform his job duties?
9. If you find Mr. Nawara unable to perform his job duties, when do you anticipate that he will be able to safely perform all of the essential functions of his position?

Please advise me if the cost goes above $5000 and send all billing and reports associated with this evaluation to:

**CorVel Corporation**
**ATTENTION: Disability Department**
**3010 Highland Parkway, Suite 600**
***Downers Grove, IL 60515***

## Or FAX to 866-450-5138

*Thank you in advance, and should you have questions please contact me at* 630-874-7433.

Sincerely,

*Michelle Sarocka, RN*

Confidential

Michelle Sarocka, RN
Disability Nurse Case Manager
CorVel Corporation
T: 630-874-7433 | Fax: 866-450-5138

cc: Cook County Bureau of Human Resources Employee Services

Received by CorVel on 2017-08-25 10:36:57 Central Time P.002/004

# Cook County Referral Form

**Date: 08/25/2017**
**Employee Name:** John Nawara
DOB: [redacted]/1975
Employee Contact #: 312.331.0060
Home Address: 100 Willow Lane B207, Willow Springs, IL 60480
Job Description/Occupation: Correctional Officer

Reason referring (any specific questions to address): Employee's aggressive, physically intimidating and inappropriate behavior directed toward his superior officer in response to a routine directive. In addition, weeks later, employee presented as aggressive and hostile in the human resources department.

- Looking to determine if employee is able to perform the essential functions of his job, which require he maintain composure and respond appropriately in a high stress environment, including exhibiting proper behavior toward detainees and his superior officer. Position requires this individual can diffuse disruptive behavior verbally and, if escalated, effectively and properly use limited force on problematic and combative inmates.

- Employer has concerns about anger management, including his ability to manage a detainee population without losing his temper.

Confidential

Referral contact name and number:

Winifred Shelby, Occupational Health Nurse
773 674 8535

Received by CorVel on 2017-08-25 10:36:57 Central Time P.004/004

312-
331 0060

Information provided by Supt. Jones-Hayes
Telephone Conversation w/ Rebecca Reierson and Winifred Shelby
November 16, 2016

A new policy was generated for the safety and security of all staff had been issued for the basement of Cermak; all detainees had to be cuffed in back and while in the staging area they had to be shackled in order to prevent harm to officers and potentially other detainees. On 9/29/16 Supt. Hayes along with Sgt. Conley entered the basement and found the door to Basement Control 1 that was supposed to be secured was unlocked and open. I pointed the concern out to the Sgt. and instructed him that the officers were to be disciplined for not following the directive established for the security of this area. As I entered the area; all of the officer's backs were to me. Officer Nawara was the first officer closest to the door so I tapped him on his shoulder and leaned in to see his face and glanced at his name tag. I then commented, "You work for Cermak?" At that time officer Gannon responded," yes Supt. I know you know me" and I replied," yes I do". I asked, Officer Gannon who was the other officer on the computer and she told me it was an officer from Division 11 typing a report; the purpose of that question was to reiterate the policy that states no one should be in Basement control that is not assigned there. I began to speak with the officers about why the policies and why they were generated for that area. I then stepped to look into the staging area an observed many detainees were not in compliance with the orders established.

Many of the detainees were not cuffed, or were cuffed in front. Supt. Hayes asked," Why are the detainees not cuffed and shackled as required by the policy for Cermak?" Officer Nawara did not turn around or respond. Hayes then touched Nawara on the shoulder and asked if he heard her and he got in her face and yelled at the top of his lungs "Don't touch me! Don't fucking touch me lady!" over and over again. Officer Nawara displayed extreme rage towards her (his body trembled as he screamed at her with his fist clinched). Supt. Hayes left the area and stood in staging to regain her composure, because he startled her. After answering the detainee's questions in the staging area went into the ER, after telling Officer Nawara to cuff and shackle the detainees that were not already.

Confidential

Moments later, Officer Nawara entered the ER screaming in the Supt's face, "You see, You see, this fucking inmate jumped in my face because you want him shackled." She exited the ER asking Sgt. Conley to find out what was the officer talking about. She saw a detainee in the back of staging away from everyone and asked him to come forward. After some prodding he reluctantly came forward and said that he didn't want to be cuffed by Nawara because he was crazy. She and the sergeant watched the Officer as he shackle the detainee. Supt. quickly began to exit the area and Officer Nawara began stating, "What are you going to do follow me around all day and help me do my fucking job?" He continued to antagonize the superintendent by walking out of the area as she did.

Supt. Hayes realized that something was going on with this officer and stated maybe it was something about her presence set Nawara off. Until administration decided what was the required action to take Supt. Hayes decided to stay away from him after the incident.

Officer Nawara is now assigned to Ex-Ops so Jones does not currently have any contact with him.

Supt K. Jones-Hayes #27

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
3026 South California Avenue, Chicago, IL 60608
**THOMAS J. DART**
SHERIFF

November 30, 2016

C/O John Nawara
100 Willow Lane
B207
Willow Springs, Il 60480

Re: Fitness for Duty / via: Email, First Class & Certified Mail

Dear C/O John Nawara:

On 11/18/16 you were informed by the Occupational Health Nurse for the Sheriff's Office, Winifred Shelby, that you were required to undergo a Fitness for Duty (FFD) evaluation before returning to active duty. You took the forms in order to review them prior to signing and have failed to return them to Ms. Shelby. She called and left a voicemail message for you on 11/30/16 to which you did not respond. The time you have been off of work since 11/18/16 is only authorized if you are participating in the FFD process. These signed documents must be returned to Ms. Shelby by Monday, 12/5/16, so the FFD evaluation process can begin. If they are not received by that date, it will be determined that you are not participating in the process and your time off of work from 11/18/16 will be unauthorized. Further, you are not able to return to work until you have completed the FFD process.

Confidential

Your forms should be returned to Ms. Shelby in Building 2. Please contact her at 773-674-8535 if you have further questions regarding the FFD process.

Sincerely,

Rebecca Reierson
Director, HR Employee Services

Cc: Winifred Shelby

*I certify that no Political Reasons or Factors were considered in any decision I made or action I took related to this Employment Action. Further, I do not know of, or have any reason to believe that anyone else considered or took action based on Political Reasons or Factors with respect to this Employment Action.*

Received by CorVel on 2017-08-31 18:21:18 Central Time 

# Progress Note

Client Name: John Anthony Nawara Date: **2/11/2017** Code: 90837 90834 90832 **90791** other

***Type of Service***
**Individual** Family Crisis Intervention Group Telephone Time spent: 1.5hr

***Present at session***
**Client present** *Client no show/cancelled* *Therapist cancelled*

***Observed/reported changes in medical condition and actions taken***
N/A

***Stressors/extraordinary events***
Patient presents for Intake/Assessment. Patient reports stressors related to his current work situation as the precipitating factors in seeking help at this time.

***New issues presented today***
N/A

***Relative Changes in Client's Condition (for face-to-face visit)***

| | |
|---|---|
| ***Mood/affect*** | "OK"/Full range of affect, congruent with reported mood. |
| ***Thought Process/Orientation*** | Organized/Oriented to all spheres |
| ***Behavior/Functioning*** | No noticeable concerns |
| ***Danger to***<br>**None** Self Others Property | Confidential<br>Ideation Plan Intent Attempt Other: **Denies** |

***Client Goal addressed:***
Assessment session.

***Therapeutic intervention provided:***
Assessment

***Response to intervention/progress toward goals and objectives:***
N/A

***Additional information/plan:*** Patient is a 41 year-old male. Pt. is single, resides alone, and does not have any children. Pt. referred himself for therapy due to stress he has experienced in regards to his current work situation.

Pt. is Deputy Sheriff with the Cook County Sheriff's Office. Pt. reports that his work issues began in September 2016 and he considers his work status as "unregulated." Pt. reports that he has not been terminated or disciplined and does not know his current status. Pt. reports he has been employed by the CCSO for the past 18 years.

Pt. describes the following symptoms: decrease in overall energy and motivation, decrease in sleep, decrease in self-worth, excessive worry, hopelessness/worthlessness, feeling restless, and stressed out as it relates to the unknown status of his employment. Pt. reports that the time is approaching when his benefits will be discontinued and his stress level is increasing as a result.

Pt. states he does not have any previous history of treatment for mental health reasons (inpatient or outpatient), states he has never attempted suicide, states he is not currently considering suicide or self harm, and reports he is not experiencing any homicidal thoughts. He is currently not taking any medications. Pt. states he does not use any illicit substances and has never been treated for any addiction or substance-related concerns. Pt. reports being in overall good physical health, other than being diagnosed with allergies. Pt. states there is no family history of mental illness or treatment.

Received by CorVel on 2017-08-31 18:21:18 Central Time


# Progress Note

| |
|---|
| Pt. considers self a helpful and kind person, always willing to assist anyone in need. Pt. reports having limited support.<br>Pt. reports that he was involved in an incident with a superior at work and his employment issues began at that time. He was reassigned to a different area as a result. Pt. states that he was ordered by his supervisor to meet with an employer-provided nurse. During that meeting, Mr. Nawara was informed that he needed to sign a release of information for his personal medical records for the Sheriff's Department before being evaluated for "fitness for duty."<br>Pt. reports that the current situation has caused him a great deal of distress. He is looking for assistance in managing the stressors.<br>We discussed possible treatment goals and resources for pt.<br>Pt. remains future oriented and focused on clarifying the issues at work. He plans to return to work when his status is clarified. |
| ***Date of next session***<br>2/17/17 |
| ***Provider Signature/credentials***<br><br>*Karolina Hogueisson, MA, LCPC, RDDP (Digitally signed)* |
| ***Date:***<br>***February 11, 2017*** |

Confidential

Received by CorVel on 2017-08-31 16:21:18 Central Time 

# Progress Note

| | | |
|---|---|---|
| Client Name: John Nawara | Date: 2/17/17 | Code: **90837** 90834 90832 90791 other |

***Type of Service***
**Individual** Family Crisis Intervention Group Telephone Time spent:

***Present at session***
**Client present** Client no show/cancelled Therapist cancelled

***Observed/reported changes in medical condition and actions taken***
None

***Stressors/extraordinary events***
None

***New issues presented today***
None

***Relative Changes in Client's Condition (for face-to-face visit)***

| | |
|---|---|
| ***Mood/affect*** | "Worried," affect congruent with reported mood. |
| ***Thought Process/Orientation*** | Organized/oriented |
| ***Behavior/Functioning*** | No changes |
| ***Danger to*** <br> **None** Self Others Property | **Ideation** Plan Intent Attempt Other: Denies |

Confidential

***Client Goal addressed:***
Treatment planning, stress management strategies discussed.

***Therapeutic intervention provided:***
COGNITIVE BEHAVIORAL THERAPY support, relaxation

***Response to intervention/progress toward goals and objectives:***
Pt. actively engages in the session.

***Additional information/plan:***
Discussed work status, healthy coping mechanisms to help pt. alleviate the levels of stress. Discussed engaging in activities that bring the pt. a level of relief, i.e. biking, working out and listening to music. Discussed referrals for "fitness for duty" evaluation.

***Date of next session***
TBD

***Provider Signature/credentials***

*Karolina Hogueisson, MA, LCPC, RDDP (Digitally signed)*

***Date:***
***February 17, 2017***

Received by CorVel on 2017-08-31 18:21:18 Central Time


# Progress Note

| | | |
|---|---|---|
| Client Name: John Nawara | Date: 4/11/17 | Code: **90837** 90834 90832 90791 other |

***Type of Service***
**Individual** Family Crisis Intervention Group Telephone Time spent:

***Present at session***
***Client present*** Client no show/cancelled Therapist cancelled

***Observed/reported changes in medical condition and actions taken***
None

***Stressors/extraordinary events***
None

***New issues presented today***
Pt. was evaluated by Dr. Robin Kroll, psychologist. A federal lawsuit has been filed.

***Relative Changes in Client's Condition (for face-to-face visit)***

| | |
|---|---|
| ***Mood/affect*** | "Worried," affect is congruent with reported mood. |
| ***Thought Process/Orientation*** | Organized/Oriented |
| ***Behavior/Functioning*** | No concerns reported/observed |
| ***Danger to*** **None** Self Others Property | Ideation Plan Intent Attempt Other: **Denies** |

Confidential

***Client Goal addressed:***
Stress management

***Therapeutic intervention provided:***
COGNITIVE BEHAVIORAL THERAPY Relaxation

***Response to intervention/progress toward goals and objectives:***
Pt. engaged and active in session.

***Additional information/plan:***
*Pt. reports he has proposed to his girlfriend in February. Pt. reports that there have been no changes in his work status and that he has filed a lawsuit against his employer. Pt. reports having had an opportunity to engage in recreational activities that gave him some enjoyment. Pt. states that he continues to be worried about his status at work as his income will be terminated. He is looking at alternative employment options so that he can pay his bills.*
*Pt. also reports sadness and regrets as he has missed out on opportunities to advance his employment status such as an opportunity for transfer to Sheriff's Police.*
*We continued to discuss stress management strategies.*
*Discussed sliding-scale fee based scale for when pt.'s benefits are terminated.*
*Pt. agreed to call and schedule his next appointment as needed.*

***Date of next session TBD per patient***

***Provider Signature/credentials***
*Karolina Hogueisson, MA, LCPC, RDDP (Digitally signed)*

***Date:***
***April 11, 2017***

***Family Care Associates of Chicago***
6187 S Archer Avenue Suite 103
Chicago, IL 60638
Phone: 773-581-1500
Fax: 773-581-2160

***John Nawara***
11/02/2015 01:11 PM
Location: Family Care Associates of Chicago
Patient #: 2779
DOB: [redacted]1975
Language: English / Race: White / Ethnicity: Refused to Report/Unreported
Gender: Male

**History of Present Illness**

The patient is a 40 year old male who presents today for a physical.

Note: Here for first time in 2.5 years. preventive check. Nees frm for power testing sherrif department. works out without any issues, no cp or sob or palitations or syncope.

**Allergies**
**No Known Drug Allergies [1**

**Past Medical History**
**ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)**
**473.9 UNSPECIFIED SINUSITIS (473.9)**
**724.3 SCIATICA (724.3 | M54.30)**

**Social History**
**Frequency of drinks:** Drinks rarely
**Alcohol history:** Currently drinks alcohol
**Tobacco use:** Never smoker
**Regular exercise Routine:** Yes

**Medication History**
No Current Medications - Hx Entry.

Confidential

**Other Problems**
**History Comments:** ; non smoker

**Past Surgical**
**None** (11/02/2015)

**Review of Systems**
**General:** Not Present- Weight Loss.
**Skin:** Not Present- Rash.
**HEENT:** Not Present- Visual Disturbances.
**Respiratory:** Not Present- Dyspnea.
**Cardiovascular:** Not Present- Chest Pain and Edema.
**Gastrointestinal:** Not Present- Abdominal Pain and Change in Bowel Habits.
**Musculoskeletal:** Not Present- Muscle Weakness.
**Neurological:** Not Present- Focal Neurological Symptoms and Paresthesias.
**Psychiatric:** Not Present- Depression.
**Endocrine:** Not Present- Polydipsia and Polyuria.

11/02/2015 01:11 PM
**Weight:** 248 lb **Height:** 73 in
**Body Surface Area:** 2.41 $m^2$ **Body Mass Index:** 32.72 $kg/m^2$
**Pulse:** 100 (Regular) **P. OX:** 98% (Room air)
**BP:** 154/90 Manual (Sitting, Left Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

**General**
**General Appearance** - Cooperative. Not in acute distress. **Build & Nutrition** - Muscular.

Received by CorVel on 2017-09-08 14:7:7 Central Time

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - no rashes and no suspicious lesions.

**Head and Neck**
**Neck**
**Global Assessment** - no bruit auscultated on the right and no bruit auscultated on the left.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules.

**Eye**
**Vision** - Visual fields without obvious defect. **Pupil - Bilateral** - Direct reaction to light normal and Equal.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - otoscopic exam reveals normal external auditory canals, with tympanic membranes clear and mobile and examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa.

**Chest and Lung Exam**
**Inspection: Shape** - Normal. **Movements** - Normal.
**Auscultation:**
**Breath sounds:** - Normal and - Clear.

**Cardiovascular**
Cardiovascular examination reveals - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs, abdominal aorta auscultation reveals no bruits and femoral artery auscultation bilaterally reveals normal pulses, no bruits, no thrills.

Confidential

**Abdomen**
**Inspection:** Inspection of the abdomen reveals - No Hernias.
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - Non Tender, No hepatosplenomegaly and No Palpable abdominal masses.

**Rectal**

*He refused rectal.*

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - Loss of hair.
**Palpation: Dorsalis pedis pulse - Left** - 2+. **Right** - 2+. **Posterior tibial pulse - Left** - 2+. **Right** - 2+. **Edema - Left** - No edema. **Right** - No edema.

**Neurologic**
**Cranial Nerves:** - Normal Bilaterally.
**Sensory: Monofilament exam** - (1) Left - positive, can feel, (4) Left - positive, can feel, (6) Left - positive, can feel, (1) Right - positive, can feel, (4) Right - positive, can feel and (6) Right - positive, can feel.
General Assessment of Reflexes: **Right Ankle** - 2+. **Left Ankle** - 2+.

**Neuropsychiatric**
The patient's mood and affect are described as - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal gait and station and normal posture.

Received by CorVel on 2017-09-08 14:7:7 Central Time

**Assessment & Plan**

**ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)**

Current Plans:

- URINALYSIS W/O MICROSCOPY (81002); Routine ()
- CBC w/DIFF HL (85025); Routine ()
- COMP METABOLIC PANEL HL (80053); Routine ()
- LIPID PANEL WITH LDL-CALC (AMA) HL (80061); Routine ()
- TSH, REFLEX FT4 HL (84443); Routine ()
- COLLECT VENOUS BLOOD, VENIPUNCTURE (36415) ; Routine ()

Charles T. Shaw MD

Confidential

**Family Care Associates of Chicago**
6187 S Archer Avenue Suite 103
Chicago, IL 60638
Phone: 773-581-1500
Fax: 773-581-2160

***John Nawara***
11/12/2015 12:33 PM
Location: Family Care Associates of Chicago
Patient #: 2779
DOB: [redacted]/1975
Language: English / Race: White / Ethnicity: Refused to Report/Unreported
Gender: Male

**History of Present Illness**

The patient is a 40 year old male

Note: Here today for recheck. we review labs that had creatinine of 1.5, glucose a bit up. family x diabets. again his bp is too high. he states always perfect when checked by nurses at work. These need to be checked carefully. finally, sleep apnea questions strongly positive. Needs sleep study. Could be damaging CV system with nightly hypoxia.

**Allergies**
**No Known Drug Allergies []**

**Past Medical History**
**PREVENTIVE MEASURE (V07.9 | Z41.8)**
**CHRONIC KIDNEY DISEASE, STAGE 2 (MILD) (585.2 | N18.2)**
**ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)**
**724.3 SCIATICA (724.3 | M54.30)**
**SLEEP APNEA (780.57 | G47.30)**

**Social History**
**Regular exercise Routine**: Yes
**Frequency of drinks:** Drinks rarely
**Tobacco use**: Never smoker
**Alcohol history:** Currently drinks alcohol

Confidential

**Medication History**
No Current Medications - Hx Entry.

**Other Problems**
**History Comments:** ; non smoker

**Past Surgical**
**None** (11/02/2015)

11/12/2015 12:33 PM
**Weight:** 246 lb **Height:** 73 in
**Body Surface Area:** 2.4 m² **Body Mass Index:** 32.46 kg/m²
**Pulse:** 103 (Regular) **P. OX:** 97% (Room air)
**BP:** 150/104 Manual (Sitting, Left Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

**ENMT**

*his usual perinnial rhinitis/congestion*

**Rectal**
**Anorectal Exam: Prostate** - normal.

**Assessment & Plan**

**CHRONIC KIDNEY DISEASE, STAGE 2 (MILD) (585.2 | N18.2)**
**Today's Impression:** LONG TALK TODAY. YOU MGHT BE CONSUMING TOO MUCH PROTEIN WITH ALL YOUR SUPPLEMENTS, THIS COULD BE ONE REASON FOR ELEVATED KIDNEY NUMBER. YOUR BLOOD PRESSURE MIGHT BE HIGHER THAN YOU THINK, THIS IS THE 2ND VISIT IT IS TOO HIGH. I KNOW YOU SAY IT IS ALWAYS OK WHEN CHECKED AT WORK BY NURSES BUT PAY CAREFUL ATTENTION TO RESULTS THERE THE NEXT FEW WEEKS. GET A SLEP STUDY YOU COULD BE REALLY DAMAGING YOUR ORGANS IF LOW OXYGEN MUCH OF THE NIGHT. SCEDULE REPEAT KIDNEY AND SUGAR LABS 2-3 WEEKS.
Current Plans:

- Follow up in 1 month or as needed

**SLEEP APNEA (780.57 | G47.30)**
Current Plans:

- ATTENDED SLEEP STUDY (95807) ; Routine ()

**PREVENTIVE MEASURE (V07.9 | Z41.8)**
Current Plans:

- BLOOD OCCULT-SINGLE CARD-SYMPTOMATIC (82272); Routine (NEGATIVE FOR BLOOD)
- PROSTATE CANCER SCREENING; DIGITAL RECTAL EXAMINATION (G0102) ; Routine ()

**PERENNIAL NON-ALLERGIC RHINITIS (472.0 | J31.0)**
**Today's Impression:** has sen ENT before, several painful procedures without much help.
Current Plans:

Charles T. Shaw MD

Confidential

*Family Care Associates of*
6167 S Archer Avenue Suite 102
Chicago, IL 60638
Phone: 773-581-1500
Fax: 773-581-2160

***John Nawara***
01/12/2016 10:11 AM
Location: Family Care Associates of Chicago
Patient #: 2779
DOB: [redacted]/1975
Language: English / Race: White / Ethnicity: Refused to Report/Unreported
Gender: Male

**History of Present Illness**

The patient is a 40 year old male who presents to discuss laboratory test results. The blood was drawn on: Date: (01/09/2016).

Note: Patient is here today for recheck. His physical shwd an elevated creatinine. It is repeated and is 1.2 Told needs to ensure he takes care of himself. avoid muscle building supplements. etc. But most importantly, needs to address his sleep apnea issues which could be really starting to affect him. Referrall given again. He stopped his metoprolol, his bp is better. needs to stay on good iet.

**Allergies**
**No Known Drug Allergies []**

**Past Medical History**
**PERENNIAL NON-ALLERGIC RHINITIS (472.0 | J31.0)**
**CHRONIC KIDNEY DISEASE, STAGE 2 (MILD) (585.2 | N18.2)**
**PREVENTIVE MEASURE (V07.9 | Z41.8)**
**ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)**
**724.3 SCIATICA (724.3 | M54.30)**
**SLEEP APNEA (780.57 | G47.30)**

**Social History**
**Alcohol history:** Currently drinks alcohol
**Regular exercise Routine:** Yes
**Tobacco use:** Never smoker
**Frequency of drinks:** Drinks rarely

Confidential

**Medication History**
Atorvastatin Calcium (40MG Tablet 1 Oral daily) Active - Hx Entry.
No Current Medications: Inactive.

**Other Problems**
**History Comments:** ; non smoker

**Past Surgical**
**None** (11/02/2015)

01/12/2016 10:15 AM
**Weight:** 243 lb **Height:** 74 in
**Body Surface Area:** 2.4 m² **Body Mass Index:** 31.2 kg/m²
**Pulse:** 64 (Regular) **P. OX:** 97% (Room air)
**BP:** 138/82 Manual (Sitting, Left Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

**General**
**General Appearance** - Cooperative. Not in acute distress. **Build & Nutrition** - Muscular.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - no rashes and no suspicious lesions.

**Head and Neck**
**Neck**
**Global Assessment** - no bruit auscultated on the right and no bruit auscultated on the left.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules.

**Eye**
**Vision** - Visual fields without obvious defect. **Pupil** - **Bilateral** - Direct reaction to light normal and Equal.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - otoscopic exam reveals normal external auditory canals, with tympanic membranes clear and mobile and examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa.

**Chest and Lung Exam**
**Inspection: Shape** - Normal. **Movements** - Normal.
**Auscultation:**
**Breath sounds:** - Normal and - Clear.

**Cardiovascular**
Cardiovascular examination reveals - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs, abdominal aorta auscultation reveals no bruits and femoral artery auscultation bilaterally reveals normal pulses, no bruits, no thrills.

**Abdomen**
**Inspection:** Inspection of the abdomen reveals - No Hernias.
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - Non Tender, No hepatosplenomegaly and No Palpable abdominal masses.

Confidential

**Rectal**

*He refused rectal.*

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - Loss of hair.
**Palpation: Dorsalis pedis pulse** - **Left** - 2+. **Right** - 2+. **Posterior tibial pulse** - **Left** - 2+. **Right** - 2+. **Edema** - **Left** - No edema. **Right** - No edema.

**Neurologic**
**Cranial Nerves:** - Normal Bilaterally.
**Sensory: Monofilament exam** - (1) Left - positive, can feel, (4) Left - positive, can feel, (6) Left - positive, can feel, (1) Right - positive, can feel, (4) Right - positive, can feel and (6) Right - positive, can feel.
General Assessment of Reflexes: **Right Ankle - 2+. Left Ankle - 2+.**

**Neuropsychiatric**
The patient's mood and affect are described as - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal gait and station and normal posture.

**Assessment & Plan**

**SLEEP APNEA (780.57 | G47.30)**

Current Plans:

**CHRONIC KIDNEY DISEASE, STAGE 2 (MILD) (585.2 | N18.2)**

**Today's Impression:** LONG TALK TODAY. YOU MGHT BE CONSUMING TOO MUCH PROTEIN WITH ALL YOUR SUPPLEMENTS, THIS COULD BE ONE REASON FOR ELEVATED KIDNEY NUMBER. YOUR BLOOD PRESSURE MIGHT BE HIGHER THAN YOU THINK, THIS IS THE 2ND VISIT IT IS TOO HIGH. I KNOW YOU SAY IT IS ALWAYS OK WHEN CHECKED AT WORK BY NURSES BUT PAY CAREFUL ATTENTION TO RESULTS THERE THE NEXT FEW WEEKS. GET A SLEP STUDY YOU COULD BE REALLY DAMAGING YOUR ORGANS IF LOW OXYGEN MUCH OF THE NIGHT. SCEDULE REPEAT KIDNEY AND SUGAR LABS 2-3 WEEKS.

Current Plans:



Charles T. Shaw MD

Confidential

Received by CorVel on 2017-09-08 14:7:7 Central Time


***Family Care Associates of Chicago***
6187 S Archer Avenue Suite 103
Chicago, IL 60638
Phone: 773-581-1500
Fax: 773-581-2160

***John Nawara***
02/20/2017 01:01 PM
Location: Family Care Associates of Chicago
Patient #: 2779
DOB: [redacted]/1975
Language: English / Race: White / Ethnicity: Refused to Report/Unreported
Gender: Male

**History of Present Illness**

The patient is a 41 year old male who presents today for a physical. The patient feels well with minor complaints.

Note: Here for preventive check. Very healthy, we only see for allergic rhinitis. continues exercise, working out. No cp, no sob. No bowel or bladder. mood normal.

**Allergies**
**No Known Drug Allergies [1]**

**Past Medical History**
**ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)**
**SLEEP APNEA (780.57 | G47.30)**
**PERENNIAL NON-ALLERGIC RHINITIS (472.0 | J31.0)**
**724.3 SCIATICA (724.3 | M54.30)**
**CHRONIC KIDNEY DISEASE, STAGE 2 (MILD) (585.2 | N18.2)**
**PREVENTIVE MEASURE (V07.9 | Z41.8)**

**Social History**
**Frequency of drinks:** Drinks rarely
**Alcohol history:** Currently drinks alcohol
**Tobacco use:** Never smoker
**Regular exercise Routine:** Yes

Confidential

**Medication History**
Atorvastatin Calcium (40MG Tablet, 1 Oral daily) Active.

**Other Problems**
**History Comments:** ; non smoker

**Past Surgical**
**None** (11/02/2015)

**Review of Systems**
**General** Not Present- Weight Loss.
**Skin** Not Present- Rash.
**HEENT** Not Present- Visual Disturbances.
**Respiratory** Not Present- Dyspnea.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Abdominal Pain and Change in Bowel Habits.
**Musculoskeletal** Not Present- Muscle Weakness.
**Neurological** Not Present- Focal Neurological Symptoms and Paresthesias.
**Psychiatric** Not Present- Depression.
**Endocrine** Not Present- Polydipsia and Polyuria.

02/20/2017 01:01 PM
**Weight:** 238 lb **Height:** 74 in
**Body Surface Area:** 2.37 m² **Body Mass Index:** 30.56 kg/m²
**Temp.:** 98.4 °F (Tympanic) **Pulse:** 93 (Regular) **P. OX:** 97% (Room air)
**BP:** 122/80 Manual (Sitting, Left Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

**General**
**General Appearance** - Cooperative, Not in acute distress. **Build & Nutrition** - Muscular.

**Integumentary**
**General Characteristics** - Overall examination of the patient's skin reveals - no rashes and no suspicious lesions.

**Head and Neck**
**Neck** - Global Assessment - no bruit auscultated on the right, no bruit auscultated on the left. **Thyroid** - Gland Characteristics - normal size and consistency and no palpable nodules.

**Eye**
**Vision** - Visual fields without obvious defect. **Pupil** - **Bilateral** - Direct reaction to light normal and Equal.

**ENMT**
**Global Assessment** - Upon examination of the ears, nose, mouth and throat - otoscopic exam reveals normal external auditory canals, with tympanic membranes clear and mobile and examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa.

**Chest and Lung Exam**
**Inspection** - Shape - Normal. Movements - Normal. **Auscultation** - Breath sounds - Normal and Clear.

**Cardiovascular**
**Cardiovascular examination reveals** - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs, abdominal aorta auscultation reveals no bruits and femoral artery auscultation bilaterally reveals normal pulses, no bruits, no thrills.

**Abdomen**
**Inspection** - Inspection of the abdomen reveals - No Hernias. **Palpation/Percussion** - Palpation and Percussion of the abdomen reveal - Non Tender, No hepatosplenomegaly and No Palpable abdominal masses.

**Rectal**

*He refused rectal.*

**Peripheral Vascular**
**Lower Extremity** - **Inspection** - **Bilateral** - Loss of hair. **Palpation** - **Dorsalis pedis pulse** - **Left** - 2+. **Right** - 2+. **Posterior tibial pulse** - **Left** - 2+. **Right** - 2+. **Edema** - **Left** - No edema. **Right** - No edema.

**Neurologic**
**Cranial Nerves** - Normal Bilaterally. **Sensory** - Monofilament exam - **(1) Left - positive, can feel, (4) Left - positive, can feel, (6) Left - positive, can feel, (1) Right - positive, can feel, (4) Right - positive, can feel** and **(6) Right - positive, can feel.** **General Assessment of Reflexes** - Right Ankle - 2+. Left Ankle - 2+.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment** - Gait and Station - normal gait and station and normal posture.

**Assessment & Plan**

**ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)**
Current Plans:

Charles T. Shaw MD

# Lab Order

## TSH, REFLEX FT4 HL (84443)

John Nawara

**Final, Reviewed**
Diagnosis: ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)
Ordered by Charles T. Shaw MD on 11/2/2015 (Routine)
Collected on 11/2/2015 3:21 PM
Requisition: 10005432
Reported on 11/3/2015 1:48 AM (LABWORKS)
Reviewed by Charles T. Shaw MD on 11/5/2015 11:09 AM

**Result Note:**
Report: 201511030124
1 ICD-9 Code: V70.0;ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION;I9 - ;;

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| TSH | 0.86 | mcIU/mL | 0.30-5.00 | Final, Reviewed |

Confidential

## Lab Order

### LIPID PANEL WITH LDL-CALC (AMA) HL (80061)

John Nawara

**Final, Reviewed**
Diagnosis: PREVENTIVE MEASURE (V07.9 | Z41.8)
Ordered by Clara Rios on behalf of Charles T. Shaw, MD on 1/9/2016 (Routine)
Collected on 1/9/2016 12:14 PM
Requisition: 10006135
Reported on 1/10/2016 5:21 PM (LABWORKS)
Reviewed by Charles T. Shaw MD on 1/14/2016 2:15 PM

**Result Note:**
Report: 201601101721

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| Total Cholesterol | 119 | mg/dL | 0-199 | Final, Reviewed |
| Triglycerides | 48 | mg/dL | 0-149 | Final, Reviewed |
| HDL Cholesterol | 45 | mg/dL | 40-240 | Final, Reviewed |
| LDL Cholesterol | 64 | mg/dL | 0-99 | Final, Reviewed |
| CHOL/HDL Ratio | 2.6 | | | Final, Reviewed |
| Non-HDL Cholesterol | 74 | mg/dL | 0-129 | Final, Reviewed |

**Note:**

```
For Ages >=20 years (mg/dL)
.................Ideal....Elevated....Borderline......High.....Very High
Chol*........<200.........................Confidential......200-239....>=240
Trig...........<150.....................150-199......200-499....>=500
LDL-C.......<100...100-129.....130-159......160-189....>=190
NonHDL-C.<130...130-159.....160-189......190-219....>=220
```

Jacobson TA, et al. National Lipid Association recommendations for patient-centered management of dyslipidemia: part 1-full report. J Clin Lipidol 2015;129-169.
*Third report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Education, and Treatment of High Blood Cholesterol in Adults (Adult Treatment panel III): final report. Circulation 2002; 106:3143.

Received by CorVel on 2017-09-08 14:7:7 Central Time

# Lab Order

## CMP with BUN/CREAT RATIO HL (80053)

John Nawara

**Final, Reviewed**
Diagnosis: PREVENTIVE MEASURE (V07.9 | Z41.8)
Ordered by Clara Rios on behalf of Charles T. Shaw, MD on 1/9/2016 (Routine)
Collected on 1/9/2016 12:14 PM
Requisition: 10006135
Reported on 1/10/2016 5:21 PM (LABWORKS)
Reviewed by Charles T. Shaw MD on 1/14/2016 2:15 PM

**Result Note:**
Report: 201601101721

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| **Glucose** | **117 (Abn: H)** | **mg/dL** | **70-99** | **Final, Reviewed** |
| **Urea Nitrogen** | **21 (Abn: H)** | **mg/dL** | **6-20** | **Final, Reviewed** |
| Creatinine | 1.2 | mg/dL | 0.5-1.2 | Final, Reviewed |
| GFR(African American) | 86 | mL/min/1.73 m2 | 60-300 | Final, Reviewed |
| GFR(Others) | 71 | mL/min/1.73 m2 | 60-300 | Final, Reviewed |
| Sodium | 141 | mEq/L | 136-145 | Final, Reviewed |
| Potassium | 4.4 | mEq/L | 3.5-5.1 | Final, Reviewed |
| Chloride | 101 | mEq/L | 98-107 | Final, Reviewed |
| **CO2** | **21 (Abn: L)** | **mEq/L** | **23-31** | **Final, Reviewed** |
| **Anion Gap** | **23 (Abn: H)** | **mEq/L** | **8-20** | **Final, Reviewed** |
| Calcium | 9.4 | mg/dL | 8.4-10.5 | Final, Reviewed |
| Total Protein | 6.9 | gm/dL | 6.0-8.3 | Final, Reviewed |
| Albumin | 4.4 | gm/dL | 3.5-4.8 | Final, Reviewed |
| AST (SGOT) | 25 | IU/L | 14-54 | Final, Reviewed |
| ALT (SGPT) | 47 | IU/L | 11-51 | Final, Reviewed |
| Alkaline Phos | 79 | IU/L | 40-129 | Final, Reviewed |
| Total Bilirubin | 0.5 | mg/dL | 0.0-1.0 | Final, Reviewed |
| BUN/Creat Ratio | 17.5 | | | Final, Reviewed |

Confidential

# Lab Order

## CBC w/DIFF HL (85025)

John Nawara

**Final, Reviewed**
Diagnosis: PREVENTIVE MEASURE (V07.9 | Z41.8)
Ordered by Clara Rios on behalf of Charles T. Shaw, MD on 1/9/2016 (Routine)
Collected on 1/9/2016 12:14 PM
Requisition: 10006135
Reported on 1/10/2016 5:21 PM (LABWORKS)
Reviewed by Charles T. Shaw MD on 1/14/2016 2:15 PM

**Result Note:**
Report: 201601101705

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| White Blood Cells | 4.6 | K/cu mm | 3.6-10.2 | Final, Reviewed |
| Red Blood Cells | 5.0 | m/cu mm | 4.4-6.0 | Final, Reviewed |
| Hemoglobin | 14.5 | gm/dL | 13.2-18.0 | Final, Reviewed |
| Hematocrit | 43.7 | percent | 41.0-55.0 | Final, Reviewed |
| MCV | 88 | fL | 82-99 | Final, Reviewed |
| MCH | 29 | pg | 27-33 | Final, Reviewed |
| MCHC | 33 | percent | 31-34 | Final, Reviewed |
| Platelets | 223 | k/cu mm | 150-450 | Final, Reviewed |
| MPV | 11.8 | fL | 9.8-12.7 | Final, Reviewed |
| RDW-CV | 13 | percent | 11-15 | Final, Reviewed |
| Neutrophils | 43 | percent | 37-72 | Final, Reviewed |
| Lymphocytes | 42 | percent | 16-48 | Final, Reviewed |
| Monocytes | 11 | percent | 4-14 | Final, Reviewed |
| Eosinophils | 4 | percent | 0-9 | Final, Reviewed |
| Basophils | 1 | percent | 0-2 | Final, Reviewed |
| Neutrophil Count | 2.0 | k/cu mm | 1.1-6.0 | Final, Reviewed |
| Lymphocyte Count | 1.9 | k/cu mm | 0.7-3.4 | Final, Reviewed |
| Monocyte Count | 0.5 | k/cu mm | 0.3-1.0 | Final, Reviewed |
| Eosinophil Count | 0.2 | k/cu mm | 0.0-0.6 | Final, Reviewed |
| Basophil Count | 0.0 | k/cu mm | 0.0-0.1 | Final, Reviewed |

Confidential

## Lab Order

### URINALYSIS W/O MICROSCOPY (81002)

John Nawara

**Final, Reviewed**
*Diagnosis: ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)*
Ordered by Charles T. Shaw MD on 11/2/2015 (Routine)
Collected on 11/2/2015 1:45 PM
Reported on 11/2/2015 2:24 PM (LABORATORY)
Reviewed by Clara Rios on 11/11/2015 9:24 AM

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| UA - APPEARANCE | clear | | | Final, Reviewed |
| UA - COLOR | yellow | | | Final, Reviewed |
| UA - GLUCOSE | negative | | | Final, Reviewed |
| UA - KETONES | negative | | | Final, Reviewed |
| UA - SPECIFIC GRAVITY | 1.025 | | 1.001-1.035 | Final, Reviewed |
| **UA - PH** | **6 (Abn)** | | **4.6-8.0** | **Final, Reviewed** |
| UA - BLOOD | negative | | | Final, Reviewed |
| UA - BILIRUBIN | negative | | | Final, Reviewed |
| UA - PROTEIN | negative | | | Final, Reviewed |
| UA - NITRITE | negative | | | Final, Reviewed |
| UA - REDUCING SUBSTANCE | N/A | | | Final, Reviewed |
| UA - LEUKOCYTE ESTERASE | negative | | | Final, Reviewed |
| UA - URINE SEDIMENT | N/A | | | Final, Reviewed |
| UA - COMMENTS | N/A | | | Final, Reviewed |

Confidential

# Lab Order

## CBC w/DIFF HL (85025)

John Nawara

**Final, Reviewed**
Diagnosis: ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)
Ordered by Charles T. Shaw MD on 11/2/2015 (Routine)
Collected on 11/2/2015 3:21 PM
Requisition: 10005432
Reported on 11/3/2015 1:48 AM (LABWORKS)
Reviewed by Charles T. Shaw MD on 11/5/2015 11:09 AM

**Result Note:**
Report: 201511030148
1 ICD-9 Code: V70.0;ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION;I9 - ;;

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| White Blood Cells | 7.6 | k/cu mm | 3.6-10.2 | Final, Reviewed |
| Red Blood Cells | 5.0 | m/cu mm | 4.4-6.0 | Final, Reviewed |
| Hemoglobin | 14.5 | gm/dL | 13.2-18.0 | Final, Reviewed |
| Hematocrit | 44.6 | percent | 41.0-55.0 | Final, Reviewed |
| MCV | 89 | fL | 82-99 | Final, Reviewed |
| MCH | 29 | pg | 27-33 | Final, Reviewed |
| MCHC | 33 | percent | 31-34 | Final, Reviewed |
| Platelets | 249 | k/cu mm | 150-450 | Final, Reviewed |
| MPV | 11.9 | fL | 9.8-12.7 | Final, Reviewed |
| RDW-CV | 14 | percent | 11-15 | Final, Reviewed |
| Neutrophils | 64 | percent | 37-72 | Final, Reviewed |
| Lymphocytes | 27 | percent | 16-48 | Final, Reviewed |
| Monocytes | 6 | percent | 4-14 | Final, Reviewed |
| Eosinophils | 2 | percent | 0-9 | Final, Reviewed |
| Basophils | 1 | percent | 0-2 | Final, Reviewed |
| Neutrophil Count | 4.9 | k/cu mm | 1.1-6.0 | Final, Reviewed |
| Lymphocyte Count | 2.1 | k/cu mm | 0.7-3.4 | Final, Reviewed |
| Monocyte Count | 0.5 | k/cu mm | 0.3-1.0 | Final, Reviewed |
| Eosinophil Count | 0.2 | k/cu mm | 0.0-0.6 | Final, Reviewed |
| Basophil Count | 0.1 | k/cu mm | 0.0-0.1 | Final, Reviewed |

Confidential

# Lab Order

## COMP METABOLIC PANEL HL (80053)

John Nawara

**Final, Reviewed**
Diagnosis: ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)
Ordered by Charles T. Shaw MD on 11/2/2015 (Routine)
Collected on 11/2/2015 3:21 PM
Requisition: 10005432
Reported on 11/3/2015 1:48 AM (LABWORKS)
Reviewed by Charles T. Shaw MD on 11/5/2015 11:09 AM

**Result Note:**
Report: 201511030115
1 ICD-9 Code: V70.0;ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION;I9 - ;;

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| **Glucose** | **106 (Abn: H)** | **mg/dL** | **70-99** | **Final, Reviewed** |
| **Urea Nitrogen** | **22 (Abn: H)** | **mg/dL** | **6-20** | **Final, Reviewed** |
| **Creatinine** | **1.5 (Abn: H)** | **mg/dL** | **0.5-1.2** | **Final, Reviewed** |
| GFR(African American) | 67 | mL/min/1.73 m2 | 60-300 | Final, Reviewed |
| **GFR(Others)** | **55 (Abn: L)** | **mL/min/1.73 m2** | **60-300** | **Final, Reviewed** |
| Sodium | 140 | mEq/L | 136-145 | Final, Reviewed |
| Potassium | 4.3 | mEq/L | 3.5-5.1 | Final, Reviewed |
| **Chloride** | **97 (Abn: L)** | **mEq/L** | **98-107** | **Final, Reviewed** |
| CO2 | 26 | mEq/L | 23-31 | Final, Reviewed |
| **Anion Gap** | **21 (Abn: H)** | **mEq/L** | **8-20** | **Final, Reviewed** |
| Calcium | 9.7 | mg/dL | 8.4-10.5 | Final, Reviewed |
| Total Protein | 7.8 | gm/dL | 6.0-8.3 | Final, Reviewed |
| Albumin | 4.6 | gm/dL | 3.5-4.8 | Final, Reviewed |
| AST (SGOT) | 42 | IU/L | 14-54 | Final, Reviewed |
| **ALT (SGPT)** | **60 (Abn: H)** | **IU/L** | **11-51** | **Final, Reviewed** |
| Alkaline Phos | 84 | IU/L | 40-129 | Final, Reviewed |
| Total Bilirubin | 0.3 | mg/dL | 0.0-1.0 | Final, Reviewed |

Confidential

# Lab Order

## LIPID PANEL WITH LDL-CALC (AMA) HL (80061)

John Nawara

**Final, Reviewed**
Diagnosis: ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION (V70.0 | Z00.00)
Ordered by Charles T. Shaw MD on 11/2/2015 (Routine)
Collected on 11/2/2015 3:21 PM
Requisition: 10005432
Reported on 11/3/2015 1:48 AM (LABWORKS)
Reviewed by Charles T. Shaw MD on 11/5/2015 11:09 AM

**Result Note:**
Report: 201511030115
1. ICD-9 Code: V70.0;ENCOUNTER FOR PREVENTIVE HEALTH EXAMINATION;I9 - ;;

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| **Total Cholesterol** | **209 (Abn: H)** | **mg/dL** | **0-199** | **Final, Reviewed** |
| **Triglycerides** | **165 (Abn: H)** | **mg/dL** | **0-149** | **Final, Reviewed** |
| HDL Cholesterol | 50 | mg/dL | 40-240 | Final, Reviewed |
| **LDL Cholesterol** | **126 (Abn: H)** | **mg/dL** | **0-99** | **Final, Reviewed** |
| CHOL/HDL Ratio | 4.2 | | | Final, Reviewed |
| **Non-HDL Cholesterol** | **159 (Abn: H)** | **mg/dL** | **0-129** | **Final, Reviewed** |

**Note:**

```
For Ages >=20 years (mg/dL)
................Ideal....Elevated....Borderline......High.....Very High
Chol*........<200...........................................200-239....>=240
Trig...........<150.....................150-199......200-499....>=500
LDL-C.......<100...100-129.....130-159......160-189....>=190
NonHDL-C.<130...130-159.....160-189......190-219....>=220
Jacobson TA, et al. National Lipid Association recommendations for
patient-centered management of dyslipidemia: part 1-full report.  J Clin
Lipidol 2015;129-169.
*Third report of the National Cholesterol Education Program (NCEP)
Expert Panel on Detection, Education, and Treatment of High Blood
Cholesterol in Adults (Adult Treatment panel III): final report.
Circulation 2002; 106:3143.
```

Confidential