Cook County SHERIFF

# AUTHORIZATION TO RELEASE HEALTHCARE INFORMATION

Patient's Name: ______________________ Date of Birth: ______________________

Previous Name: ______________________ Social Security #: ______________________

I request and authorize ______________________________________________ to release healthcare information of the patient named above to:

Name: ______________ Cook County Sheriff's Office ______________

Address: ______________ Winifred Shelby, RN, CCM, South Campus Bldg. 2 ______________

3026 South California Avenue

City: ______________ Chicago, IL 60608 ______________

This request and authorization applies to:

☐ Healthcare information relating to the following treatment, condition, or dates: ______________

______________________________________________________________________

X All healthcare information

☐ Other: ______________________________________________________________

**Definition:** Sexually Transmitted Disease (STD) as defined by law, RCW 70.24 et seq., includes herpes, herpes simplex, human papilloma virus, wart, genital wart, condyloma, Chlamydia, non-specific urethritis, syphilis, VDRL, chancroid, lymphogranuloma venereuem, HIV (Human Immunodeficiency Virus), AIDS (Acquired Immunodeficiency Syndrome), and gonorrhea.

☐ Yes ☐ No I authorize the release of my STD results, HIV/AIDS testing, whether negative or positive, to the person(s) listed above. I understand that the person(s) listed above will be notified that I must give specific written permission before disclosure of these test results to anyone.

☐ Yes ☐ No I authorize the release of any records regarding drug, alcohol, or mental health treatment to the person(s) listed above.

Patient Signature: ______________________ Date Signed: ______________

THIS AUTHORIZATION EXPIRES NINETY DAYS AFTER IT IS SIGNED.

PLAINTIFF'S EXHIBIT 1

CONFIDENTIAL

NAWARA_000060