# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN NAWARA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF COOK, a unit of local Government; THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois,<br><br>Defendants. | Case No. 17-cv-02393<br><br>Chief Judge Rebecca R. Pallmeyer |

***STIPULATIONS PURSUANT TO COURT'S MARCH 29, 2021 ORDER***

Plaintiff, John Nawara ("Nawara"), by his counsel, and Defendant, Thomas Dart, in his official capacity as Sheriff of Cook County, Illinois ("Sheriff's Office"), by his counsel, per the Court's request in its March 29, 2021 Memorandum Opinion and Order (Doc. 360), enter into the following stipulations:

1. Nawara received no pay from the Cook County Sheriff's Office from April 26, 2017 to September 26, 2017 (153 days/84 week days), however, his employment related benefits, other than employee pension contributions and employer pension contributions, were not cut off during this period, and his contribution for health insurance benefits was paid by Cook County. Had he not been on leave, Nawara's gross pay during this time period would have been $30,773.93.[1]

[1] The Sheriff's Office does not agree or stipulate that Nawara is entitled to any back pay – only that the amount of gross wages claimed by Nawara for this period is $30,773.93. In the event that the Court determines Nawara is entitled to backpay the Sheriff's Office maintains that it is entitled to a setoff in the amount of $5,339.63 ($4,715.57 for the amounts that Nawara earned in other work during this time period and $624.06 for insurance premiums paid by the County that Nawara has not paid back), for a net of $25,434.30. 42 U.S.C. § 2000e–5(g)) ("[i]nterim earnings . . . shall operate to reduce the back pay otherwise allowable"); *Ernst v. City of Chicago*, 2018 U.S. Dist.

2. From November 19, 2016 to April 26, 2017 (158 days/112 week days), Nawara was paid by the Sheriff's Office by Nawara using 3 days of personal time, 26 vacation days, 10 accrued holidays, 1 floating holiday, 10 days of compensatory time, and 42 days of medical/sick time.

3. In the event the Court determines that Nawara is entitled to any form of backpay for the time period of November 19, 2016 to April 26, 2017, the parties stipulate that the proper approach is not to award monetary relief but instead that the Sheriff's Office would restore 26 vacation days, 10 accrued holidays, 10 comp time days and 42 medical/sick days to Nawara for a total of 88 days.

4. As to pension benefits/contributions, the parties stipulate that in the event Nawara is awarded backpay for the period from April 26, 2017 to September 26, 2017, the County will issue a check to Nawara, making all required employer deductions, including pension contributions.

5. The parties mutually believe that the Cook County Pension Board would contribute the required employer pension contribution amount which would be deposited/credited to Nawara's pension account.

6. As to seniority, the parties stipulate that if the Court awards backpay, 153 days will be restored to Nawara's County full time date.

---

LEXIS 215340, *65 (N.D. Ill. 2018) ("Both parties recognize that interim employment reduces Plaintiffs' back pay award."). Nawara denies that the Sheriff's Office is entitled to any setoffs. "Interim earnings are 'earnings from jobs that could not have been worked had not discrimination occurred.'" *Ernst v. City of Chicago*, 2018 WL 6725866, at *23 (N.D.Ill. 12/21/2018), *quoting Chesser v. State of Ill.*, 895 F.2d 330, 338 (7th Cir. 1990).

Respectfully Submitted,

**JOHN NAWARA**

*/s/ Richard F. Linden*
One of Plaintiff's attorneys

Richard F. Linden
312/590-0211
lindenlaw@gmail.com

Peter V. Bustamante
312/346-2072
pvbust@bustamantelaw.com

Linden & Bustamante
17 North State Street, Suite 1550
Chicago, Illinois 60602

**THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois**

/s/ Sarah R. Marmor

Sarah R. Marmor
Suzanne M. Alexander
Morgan G. Churma
SCHARF BANKS MARMOR LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Ph. 312-726-6000
smarmor@scharfbanks.com
salexander@scharfbanks.com
mchurma@scharfbanks.com