# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOHN NAWARA,

Plaintiff,

v.

COUNTY OF COOK, a unit of local Government; and THOMAS DART, in his individual and official capacity as Sheriff of Cook County, Illinois.

Defendants.

Case No. 1:17-cv-02393

The Honorable Rebecca R. Pallmeyer
Judge Presiding

DRAFT

**ORDER**

This cause coming before the Court on Plaintiff's motion for entry of judgment after remand from the Seventh Circuit Court of Appeals, and on Plaintiff's motion to renew his petition for fees and for leave to file a supplemental petition for fees, due notice having been given and the Court being fully advised in the premises,

**IT IS ORDERED** that:

1. Judgment be, and is hereby entered in favor of John Nawara and against the Defendants, Thomas Dart, in his official capacity as Cook County Sheriff, and the County of Cook as follows:

(a) Backpay in the amount of $30,773.93 plus prejudgment interest from September 26, 2017 until paid, plus pension contributions processed through the Cook County Sheriff's payroll but paid by Cook County;

(b) Restoration of 26 vacation days, 10 accrued holidays, 10 comp time days and 42 medical/sick days to Nawara for a total of 88 days, to be implemented by the Cook County Sheriff and paid by Cook County;

(c) Restoration of 153 days seniority to Plaintiff's Cook County Sheriff's employment full time date, to be implemented by both the Cook County Sheriff and Cook County.

2. The Plaintiff's previously filed petition for attorney's fees and costs is hereby renewed, and Plaintiff is granted thirty (30) days to file a supplemental petition for attorney's fees and costs.

**ENTER:**

______________________________
Date

______________________________
Judge

DRAFT