**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN NAWARA, | |
| Plaintiff, | |
| v. | Case No. 1:17-cv-02393 |
| COUNTY OF COOK, a unit of local Government; THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois, | The Honorable Rebecca R. Pallmeyer Judge Presiding |
| Defendants. | |

**JOINT STATUS REPORT**

The parties, by and through their respective attorneys, report as follows:

The Plaintiff's Petition for Attorney's Fees was to be filed on June 1, 2026. On May 20, 2026, the parties reached an agreement and have settled all claims for fees and costs. This was the only matter remaining to be resolved in this action.

| **JOHN NAWARA** | **COUNTY OF COOK**, et al., |
|---|---|
| s/ *Richard F. Linden* | s/ *Kathleen Cuniff Ori* |
| _____ | _____ |
| Richard F. Linden | Kathleen Cunniff Ori |
| Peter V. Bustamante | Deputy Supervisor, Labor and Employment |
| 17 North State Street | Civil Actions Bureau |
| Suite 1550 | Cook County State's Attorney's Office |
| Chicago, IL 60602 | 500 Richard J. Daley Center |
| (312) 590-0211 | Chicago, IL 60602 |
| lindenlaw@gmail.com | 312.603.4635 |
| pvbust@bustamantelaw.com | kathleen.ori@cookcountysao.org |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 22, 2026, the above and foregoing JOINT STATUS REPORT, was served upon all counsel of record through the Courts' CM/ECF filing system.

s/ *Peter V. Bustamante*

_____